UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN MEADE,

      Plaintiff,                      Case No. 1:21−cv−6

v.                                   Hon. Paul L. Maloney

BOONE & ASSOCIATES GROUP LLC, et al.,

      Defendants.
_____/

## ORDER REJECTING PLEADING

      The Court has examined the following document(s) received March 19, 2021 and orders the Clerk to reject the Affidavit of Discourse with Attachments and return the document(s) to Kenneth J. Boone, Sr for the reason(s) noted below:

      Kenneth J. Boone, Sr is neither a party nor an attorney in this case and, therefore, may not submit any documents for filing.

      IT IS SO ORDERED.

Dated: March 23, 2021                    /s/ Phillip J. Green
                                                      PHILLIP J. GREEN
                                                      U.S. Magistrate Judge