UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**RECEIVED - GR**

March 19, 2021 11:36 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW /3-19

JUSTIN MEADE

    Plaintiff,

v.

BOONE & ASSOCIATES
GROUP LLC, et al.,

    Defendants.

_____/

Case No. 1:21-cv-6

HON. PAUL L. MALONEY

             DEFENDANT'S AFFIDAVIT OF DISCOURSE/REMEDY/ *POLITICAL STATUS*

March 15, 2021

DEAR HON. PAUL L. MALONEY,

I was told that I was born on Monday, July 15, 1974 and that my mother named me Kenneth James Boone. I have made it a point in my life to do unto others as I would have others to do unto me regardless of whether or not the latter is ever reciprocated to me. I am a living flesh and blood being of good moral character who is a New York State Permanently Certified School Counselor and Level 3 Teaching Assistant. I volunteer with Boys Lead Foundation, which is an organization that specializes in supporting males 9 – 21 years of age with Social and Emotional Learning and Life Skills with a focus on supporting inner city Boys and Young Men of Color in the city of Buffalo, NY. I work as a School Counselor for Buffalo Public Schools where I have the opportunity to support many students from many different backgrounds, so I have a very good reputation in Buffalo, NY. I started Boone & Associates Group LLC in the Fall of 2020, and it is a small collection agency that currently has two contractor employees. I started Gud Tymes LLC, which is partially functional to develop curriculum and consult with educational support services. Gud Tymes is has not yet taken off, but I am hopeful that it will have an opportunity to do so in the next year. I also started Boone Inner-Prizes last year, which is not functional at all, and I am hopeful that it will begin in the coming year. I do not own KJB II Enterprises LLC, and it is not affiliated with me or any of the business that I own. KJB II Enterprises LLC is owned and operated by my son Kenneth J. Boone II. He does not like to use "II," which is why "II" is not on any of his documents.

When I started the collection agency, I started with a business partner I trusted as a friend to run the entire operation as a Non-Owner Manager. He was responsible for hiring, setting the

wages, etc. Unfortunately, I took his word as an expert before doing my own due diligence that landed us where we are among others. Needless to say, I no longer have a business partner and none of the contractor collectors he hired are representing Boone & Associates Group LLC. I take pride in my name, and regardless of my educational background and expertise in other areas, I show that I am human by making this error that created the errors I am working to put behind me. This lawsuit makes me look like a villain and a criminal, but I am the exact opposite. I explained to Phil Rogers that I purchased accounts, and I signed a contract where the seller stated he owned the portfolio a.k.a. accounts only to land me in this scenario where there's an issue. Justin Meade alleges I engaged in false and deceptive practices including claiming to be affiliated with a law firm, making misstatements regarding the debts in question and obtaining personally identifiable information illegally from public sources. He also alleges that as a direct result of Your violation of these laws, he has been financially harmed and is seeking restitution against me as well as the other defendants. I reviewed calls made to Mr. Meade and found the former contractor collectors that were hired by my former business partner were not FDCPA or CFPB compliant. After reviewing the conversation, I noticed that Justin Meade made a payment, and I directed my former business partner to refund the money to Mr. Meade and to fire those guys, because they misrepresented my company. Justin Meade was refunded his money, and we immediately ceased all communication with him. My concern with his lawsuit is that the matter was resolved on my end well before I received an email from Phil Rogers. Justin Meade says that he suffered financial hardship as a result of the payment of $59.95, yet he was refunded his money. I have called and emailed Mr. Phil Rogers to attempt to settle the matter for two different amounts, and I am waiting to hear back from Mr. Rogers. However, during the week of March 12, 2021 I spoke with Mr. Phil Rogers, and he said that if I gave him a copy of my contract that he would give me an extension of a week to answer, which is March 19, 2021. I am not able to retain a lawyer, so here we are. I would like this case to be dismissed with extreme prejudice and without going to court as there was no malicious intent on my behalf as I, Affiant, Kenneth James of the family Boone has never made a single phone call to anyone to collect under any circumstance for any reason under the guise of any name including Boone & Associates Group LLC. I have never conspired to steal any amount of money from anyone with anyone especially not for $59.95. Nor does Gud Tymes LLC, Boone Inner-Prizes, Kenneth J. Boone (my son), KJB II Enterprises LLC (my son's business), or Boone & Associates Group LLC collude alone, with anyone or company, or with Boone & Associates Group LLC to All contractor collectors who were not FDCPA and CFPB compliant prior to this lawsuit were terminated by Kenneth James of the family Boone, and anyone who is not FDCPA and CFPB compliant will not work with Boone & Associates Group LLC. My son Kenneth J. Boone is the owner of KJB II Enterprises LLC, and this business is not affiliated in anyway shape or form with Boone & Associates Group LLC. Please remove my son and his business from this lawsuit. Thank you!

Kenneth J. Boone, Sr.

UCC 1-308

ERIE COUNTY CLERK'S OFFICE



County Clerk's Recording Page

Return to:

Party 1:
BOONE KENNETH JAMES

Party 2:
AFFIDAVIT OF POLITICAL STATUS

**Recording Fees:**

RECORDING                    $5.00

**Book Type: Q  Book: 292  Page: 8726**
Page Count:    49
Doc Type:      MISC-FILE
Rec Date:      07/07/2016
Rec Time:      12:00:26 PM
Control #:     2016139482
UserID:        Loretta
Trans #:       16110220
Document Sequence Number

**Consideration Amount:**

| | |
|---|---|
| BASIC MT | $0.00 |
| SONYMA MT | $0.00 |
| ADDL MT/NFTA | $0.00 |
| SP MT/M-RAIL | $0.00 |
| NY STATE TT | $0.00 |
| ROAD FUND TT | $0.00 |

**Total: $5.00**

STATE OF NEW YORK
ERIE COUNTY CLERK'S OFFICE

FILED DOCUMENT SCANNED TO CREATE ELECTRONIC RECORD

        Christopher L. Jacobs
        County Clerk

RETURN ADDRESS:

KENNETH JAMES BOONE

c/o 1440 JEFFERSON AVE., SUITE 149
BUFFALO, NY [14208]

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## AFFIDAVIT OF POLITICAL STATUS

I declare this is an Affidavit of Political Status and this includes all attached documents.

*139482*

GRANTOR:  KENNETH JAMES BOONE
Grantee:  Kenneth-James: Boone

LS: Boone, Kenneth-James UCC 1308   6/13/15
Kenneth-James: Boone, Secured Party Creditor   Date

0715197447376-LND-KJB

*H99-48*

Kenneth James Boone, sui juris
All rights reserved, UCC 1-308
c/o Eggert Road 1746
Rural Route 14226
Amherst, New York, u.S.A.
Phone: 1-(716)-308-0228

PUBLIC
THIS IS A PUBLIC COMMUNICATION TO ALL
Notice to agent is notice to principals
Notice to principal is notice to agents
Applies to all successors and assigns
All are without excuse

Registered Mail No. _N/A_ ,Dated: 2/1/16

## Public Notice of reservation of rights and Amendment

This Notice supersedes and amends any and all previous Agreements signed by **Kenneth James Boone**.
All previous agreements and contracts signed by **Kenneth James Boone** are here-fore amended to include the words 'authorized representative' next to the signature, thus releasing **Kenneth James Boone** from any surety responsibility for KENNETH JAMES BOONE, as per UCC 3-402(b).

Let it be known to all that I, **Kenneth James Boone** explicitly claim and reserve all of my rights, as per UCC 1-308, the Declaration of Independence, and the Bill of Rights. And that includes, but is not limited to, the following:
1) Right to be tried under common Law jurisdiction in any and all cases
2) Right to have the flag of the Republic and of state of the Union in court, replacing fringed flags of corporate Democracy
3) Right to have my case presided over by a judge with valid Oath of office, sworn exactly word for word, as required by the **New York** Constitution
4a) Right to a non-licensed counsel in court          4b) Right to refuse a Public Defender or assigned counsel
5) Right not to appear on behalf of an artificial person, unless the original creation document is produced for the record
6) Right to be presented with the original signed contract, in all cases involving any agreement or contract
7) Right to be presented with a verified complaint, signed by the injured party, in all but contractual cases
8) Rights to contract, to property, and of ownership, only limited by the de Jure USA and state Constitutions
9) Right to answer charges in court, only in Propria Persona
10) Right to be compensated for any violation of my rights, by any violator, regardless of their claimed immunity, to the amount of $10,000 per violation, per person, plus $500 per hour of lost freedom, all in lawful money.
11) Right to use commercial liens against any violator of my rights, to collect the above-mentioned damages.
Nothing that I say or do, may be construed as a waiver of one or more of these rights. Only a written waiver of right(s) by me, may be considered a valid waiver. Any presumption contradicting these rights, must be in writing.
This Notice removes any presumption, that I, **Kenneth James Boone** am not in full possession of my natural, unalienable rights/liberties, and subsequently anyone acting on such presumption, will be in violation of my rights.
Furthermore, all are being notified that a "license" plate on my cars and trucks may be a diplomatic plate, "Diplomatic Corps, CD". And as publishing new laws in the Federal Register informs US citizens about the change of their obligations toward the United States, recording of this document by a county Recorder (in public), informs the United States and its corporate subdivisions, about change of their obligations toward this man.
Further, let all be advised that all actions commenced against me may be in violation of 18USC242 Deprivation of rights under color of law, and or 18USC241 Conspiracy against rights.
Wherefore all have undeniable knowledge.

### AFFIDAVIT

Affiant, **Kenneth James Boone**, sui juris, a natural man, does swear and affirm that Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading. Without Prejudice, UCC 1-308.

Signed _Kenneth Jim Boone_ ucc 1-308/1-207 without recourse, sui juris. This Affidavit is dated February 1, 2016

NOTARY PUBLIC

On land of state of the Union: _New York_                    _Erie_           county

Subscribed and sworn to before me, a Notary Public, by the above-signed **Kenneth James Boone**,

This _1st_ day of _February_ 2016

MY COMMISSION EXPIRES: _Oct 29, 2016_                    _Notary Public_

# ACKNOWLEDGMENT

**Grant of Exclusive Power Of Attorney to Conduct All Tax, Business and Legal Affairs of Grantor**

# POWER OF ATTORNEY

1) I, KENNETH JAMES BOONE, DEBTOR and GRANTOR, at 1440 JEFFERSON AVENUE, SUITE 149, BUFFALO, NEW YORK, 14208, do hereby appoint, Kenneth James Boone, Secured Party Creditor, and  Grantee, and attorney in fact, c/o 1746 Eggert Road, Amherst, NY, Republic; near [14226], Non-Domestic without the US, as my Private attorney in fact, to take exclusive charge of, manage, and conduct all of my tax, business and legal affairs, settle debts, make purchases, etc., and for such purpose to act for me in my name and place, without limitation on the powers necessary to carry out this exclusive Power of Attorney in fact as authorized:

(A)   To take possession of, hold, and manage my real estate and all other property;

(B)   To receive money or property paid or delivered to me from any source;

(C)   To deposit funds into, make withdrawals from, or sign checks or drafts against any account standing in my name individually or jointly in any bank or other depository, to cash coupons, bonds, or certificates of deposits to endorse checks, notes or other documents in my name; to have access to, and to place items in or remove them from, any safety deposit box standing in my name individually, and otherwise to conduct bank transactions or business for me in my name;

(D)   To pay my just debts and expenses, including reasonable expenses incurred by my attorney in fact, Kenneth James Boone, in exercising this exclusive power of attorney;

(E)   To retain any investments, invest, and to invest in stocks, bonds or other securities, or in real estate or other property;

(F)   To give general and special proxies or exercise rights of conversion or rights with respect to shares or securities, to deposit shares or securities with, or transfer them to protective committees or similar bodies, to join in any reorganization and pay assessments or subscriptions called for in connection with shares or securities;

(G)   To sell, exchange, lease, give options, and make contracts concerning real estate or other property for such considerations and on such terms as my attorney in fact, Kenneth James Boone, may consider prudent;

(H)   To improve or develop real estate, to construct, alter, or repair building structures and appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or appropriate to good husbandry;

(I)   To provide for the use, maintenance, repair, security, or storage of my tangible property;

(J)   To purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as my attorney in fact, Kenneth James Boone, may consider prudent.

2) The Secured Party Creditor, Kenneth James Boone, named herein and on the Form UCC-1 recorded with the SECRETARY OF STATE of NEW YORK, is authorized by law to act for and in control of the DEBTOR, KENNETH JAMES BOONE, KENNETH J BOONE, KENNETH BOONE, or any derivative thereof. In addition, Kenneth James Boone has the exclusive power of attorney to contract for all business and legal affairs of KENNETH JAMES BOONE, 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, DEBTOR.

3) The term "exclusive" shall be construed to mean that while this power of attorney is in force, only my attorney in fact may obligate me in these matters, and I forfeit the capacity to obligate myself with regard to same. This grant of Exclusive Power is Irrevocable during the lifetime of Kenneth James Boone...

Power of Attorney                                          Item # 0715197447373-POA/KJB

Executed and sealed by the voluntary act of my own hand, this 5th day of June, 2015.

This instrument was prepared by Kenneth James Boone.

Acceptance:

_KENNETH JAMES BOONE_
KENNETH JAMES BOONE, GRANTOR

LS: _____
Kenneth James Boone, Grantee

I, the above named exclusive attorney in fact, do accept the responsibility for the herein-named DEBTOR-Grantor and will execute the herein granted power of attorney with Due Diligence.

*************************************************************

# ACKNOWLEDGEMENT OF NOTARY

State of _New York_ )
                              ) ss.
County of _Erie_ )

On the _6th_ day of _July 2015_, two thousand-fifteen, before me, _Kenneth James Boone_ Notary, personally appeared Kenneth James Boone, known to me (or proved to me on the basis of satisfactory evidence of identification) to be the living man whose name is subscribed upon this instrument and acknowledged to me that he executed the same in his authorized capacity; and by his signature on this instrument, Kenneth James Boone has acted on behalf of the person who executed this instrument.

Witnessed by my hand and official seal

My Commission Expires: _Oct 29, 2015_

SEAL

TIMOTHY N. HALL
Notary Public - State of New York
Reg. No. 01HA6271139
Qualified in Erie County
Commission Expires Oct. 29, 2016

Power of Attorney                              Item # 0715197447373-POA/KJB

# COMMERCIAL SECURITY AGREEMENT

### NON-NEGOTIABLE

This Security Agreement is made and entered into this 5th day of June 2015 by and between KENNETH JAMES BOONE, DEBTOR, hereinafter "DEBTOR," SOCIAL SECURITY ACCOUNT NUMBER 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, and the Kenneth James Boone, Secured Party, hereinafter "Secured Party." If any part or portion of this Security Agreement is found to be invalid or unenforceable, such part or portion shall not void any other part or portion as reasonably segregable from said part(s) or portion(s). The Parties, hereinafter "Parties," are identified as follows:

**DEBTOR:**

> KENNETH JAMES BOONE
> c/o 1440 JEFFERSON AVENUE, SUITE 149
> BUFFALO, NY [14208]
> UCC CONTRACT TRUST ACCOUNT/ORGANIZATION Number 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

**Secured Party:**

> Kenneth James Boone
> c/o 1746 Eggert Road
> Amherst, New York, Republic; near [14226]
> united States of America

NOW, THEREFORE, the Parties agree as follows:

## AGREEMENT

In consideration for the Secured Party providing certain accommodations to DEBTOR, *inter alia*, to the Secured Party:

Debtor, who deems himself/herself insolvent, hereby under necessity, grants the above Secured party a security interest in the collateral described herein, on any Schedule A's, and as may appear on all UCC filings referred to as 'collateral,' to secure all debtor's property as well as all so-called income from whatever source derived, direct, indirect, absolute or contingent, due or to become due, hereinafter arising, held in any account with its due interest, parole or expressed public indebtedness and liabilities held by Debtor or presented to Debtor, to Secured party in consideration for Secured Party providing certain things and accommodations for Debtor, including but not limited to:

1. Constituting the source, origin, substance, and being, i.e. basis of "pre-existing claim," from which the existence of DEBTOR was derived and on the basis of which DEBTOR is able to function as a transmitting utility to conduct Commercial Activity as a conduit for the transmission of goods and services to the Secured Party, and to interact, contract, and exchange goods, services, obligations, and liabilities with other DEBTORS, corporations, and artificial persons in Commerce;

Form 0715197447371/SA/KJB                    Secured Party; Kenneth James Boone

For the Security Agreement 2015 by the Kenneth James Boone

Page 1

2. Signing by accommodation for DEBTOR in all cases whatsoever wherein any signature of DEBTOR is required;

3. Issuing a binding commitment to extend credit or for the extension of immediately available credit, whether or not drawn upon and whether or not a chargeback is provided for in the event of difficulties in collection;

4. Providing the security for payment of all sums due or owing, or to become due or owing, by DEBTOR; and

5. Constituting the source of the assets, via the sentient existence, exercise of faculties, and labor of the Secured Party, that provide the valuable consideration sufficient to support any contract which DEBTOR may execute or to which DEBTOR may be regarded as bound by any person whatsoever, DEBTOR hereby confirms that this Security Agreement is a duly executed, signed, and sealed private contract entered into knowingly, intentionally, and voluntarily by DEBTOR and Secured Party, wherein and whereby DEBTOR:

   a. Voluntarily enters DEBTOR in the Commercial Registry;

   b. Transfers and assigns to the Secured Party a security interest in the Collateral described herein below; and

   c. Agrees to be, act, and function in law and commerce, as the unincorporated, proprietary trademark of the Secured Party for exclusive and discretionary use by the Secured Party in any manner that the Secured Party, by Sovereign and Unalienable Right, elects.

### PUBLIC LAWFUL NOTICE

Filing of this Security Agreement by the Parties constitutes open, lawful, public notice that:

1. The law, venue, and jurisdiction of this Security Agreement is the ratified, finalized, signed, and sealed private contract freely entered into by and between DEBTOR and the Secured Party as registered herewith.

2. This Security Agreement is contractually complete herein and herewith and cannot be abrogated, altered, or amended, in whole or part, without the express, written consent of both DEBTOR and the Secured Party.

3. The Secured Party signing, signs by accommodation for the DEBTOR, when necessary, in every manner where the debtor's signature is required. The Secured Party reserves the right to make sufficient claims to secure such indebtedness until satisfied in whole.

4. The Secured Party as Creditor, with standing and capacity, agrees to issue or extend credit, on behalf of the DEBTOR, whether or not such credit is drawn upon or not reimbursed in the event of difficulties in collection thereof.

5. DEBTOR is the commercial transmitting utility, and unincorporated, proprietary trademark of the Secured Party with DEBTOR name being common law copyrighted and all property of DEBTOR is the secured property of the Secured Party.

6. Any unauthorized use of DEBTOR or DEBTORS name in any manner that might influence, affect, pertain to, or be presumed to pertain to the Secured Party in any manner is expressly prohibited without the written consent of the Secured Party.

7. DEBTOR declares it is an 'Ens legis' legal entity recognized as such and has rights and privileges

Form 0715197447371/SA/KJB                                    Secured Party; Kenneth James Boone

For the Security Agreement 2015 by the Kenneth James Boone

Page 2

recognized under the laws the UNITED STATES, Inc., and has been the case since its creation in 1974.

8.  All legal means to protect the security interest being established by this Agreement will be used by the Secured Party whenever necessary and all support needed by the Secured Party to protect his/her security interest in the collateral herein identified or otherwise added will be provided by the Secured Party including but not limited by commercial/tort lien process, by agreement of the DEBTOR.

Execution of this security agreement incorporates a promise that the DEBTOR will direct the execution of such commercial forms, including but not limited to financing statements such as may be necessary to assure that the Secured Party's interest is perfected and protected.  The security interest established by this agreement will continue until the Secured Party is relieved of all liability associated herein to the DEBTOR, and until all owing and due consideration to the Secured Party has been delivered, regardless of whether the collateral identified in this agreement is in the possession of the DEBTOR or the Secured Party.

DEBTOR warrants that Secured Party's claim against the collateral is enforceable according to the terms and conditions expressed herein and according to all applicable laws promulgated for the purpose of protecting the interest of a creditor against a debtor.

DEBTOR also warrants that it holds good and marketable title to the collateral, free and clear of all actual and lawful liens and encumbrances except for the interest established therein, and except for substantial interest as may have been privately established by agreement of the parties with attention to the elements necessary to establish a valid contract under international contract law.

Public encumbrances presented to or belonging to the DEBTOR against the collateral shall remain secondary to this agreement, unless registered prior to the registration of Secured Party's interest in the same collateral, as is well-established in international commercial law.

## GENERAL PROVISIONS
### Possession of Collateral

Collateral or evidence of collateral may remain in the possession of the debtor, to be kept at the address given in this agreement by the debtor or such other place(s) approved by Secured Party, and notice of changes in location must be made to the Secured Party within ten (10) days of such relocation. Debtor agrees not to otherwise remove the collateral except as is expected in the ordinary course of business, including sale of inventory, exchange, and other acceptable reasons for removal.  When in doubt as to the legal ramifications for relocation, debtor agrees to acquire prior written authorization from the Secured Party. Debtor may possess all tangible personal property included in collateral, and have beneficial use of all other collateral, and may use it in any lawful manner not inconsistent with this agreement, except that debtor's right to possession and beneficial use may also apply to collateral that is in the possession of the Secured Party if such possession is required by law to perfect Secured Party's interest in such collateral. If Secured Party, at any time, has possession of any part of the collateral, whether before or after an event of default, Secured Party shall be deemed to have exercised reasonable care in the custody and preservation of the collateral, if Secured Party takes such action for that purpose

Form 0715197447371/SA/KJB                                 Secured Party; Kenneth James Boone

For the Security Agreement 2015 by the Kenneth James Boone

Page 3

as deemed appropriate by the Secured Party under the circumstances.

### Proceeds and Products from Collateral

Unless waived by secured party, all proceeds and products from the disposition of the collateral, for whatever reason, shall be held in trust for Secured Party and shall not be commingled with any other accounts or funds without the consent of the Secured Party. Notice of such proceeds shall be delivered to Secured Party immediately upon receipt. Except for inventory sold or accounts collected in the ordinary course of debtor's public business, debtor agrees not to sell, offer to sell, or otherwise transfer or dispose of the collateral; nor to pledge, mortgage, encumber, or otherwise permit the collateral to be subject to a lien, security interest, encumbrance, or charge, other than the security interested established by this agreement, without the prior written consent of the Secured Party.

### Maintenance of Collateral

Debtor agrees to maintain all tangible collateral in good condition and repair, and not to commit or permit damage to or destruction of the collateral or any part of the collateral. Secured Party and his designated representatives and agents shall have the right at all reasonable times to examine, inspect, and audit the collateral wherever located. Debtor shall immediately notify secured party of all cases involving the return, rejection, repossession, loss, or damage of or to the collateral; of all requests for credit or adjustment of collateral, or dispute arising with respect to the collateral; and generally of all happenings and events affecting the collateral or the value or the amount of the collateral.

### Compliance with Law

Debtor shall comply promptly with all laws, ordinances, and regulations of all governmental authorities applicable to the production, disposition, or use of the collateral. Debtor may contest in good faith any such law, ordinance, or regulation without compliance during a proceeding, including appropriate appeals, so long as Secured Party's interest in the collateral, in Secured Party's opinion, is not jeopardized. Secured Party may, at his option, intervene in any situation that appears to place the collateral in jeopardy.

### Public Disputes

Debtor agrees to pay all applicable taxes, assessments, and liens upon the collateral when due; provided that such taxes, assessments, and liens are proved to be superior to the lawful claim established by this agreement and subsequently perfected by the Secured Party by appropriate registration. In the event that debtor elects to dispute such taxes, assessments, and liens, Secured Party's interest must be protected at all times, at the sole opinion of the Secured Party, who may, at his option, intervene in any situation that appears to jeopardize secured party's interest in the collateral. Debtor may elect to continue pursuit of dispute of such taxes, assessments, and liens, only upon production of a surety bond by public claimant(s), in favor of the secured party, sufficient to protect secured party from loss, including all costs and fees associated with such dispute. Should public judgment against the debtor result from such dispute, debtor agrees to satisfy such judgment from its accounts established and managed by the UNITED STATES or its subdivisions, agents, officers, or affiliates, so as not to adversely affect the Secured Party's interest in the Collateral.

### Indemnification

Form 0715197447371/SA/KJB                                    Secured Party; Kenneth James Boone

For the Security Agreement 2015 by the Kenneth James Boone

Page 4

## SUBORDINATION OF DEBTOR'S DEBTS
## TO SECURED PARTY

Providing Secured Party, subsequent to the execution of this agreement, perfects his security interest in the collateral by appropriate registration, debtor agrees that its indebtedness to the Secured Party, whether now existing or hereafter created, shall have priority over unregistered claims that third parties may raise against debtor or the collateral, whether or not debtor becomes insolvent.  Debtor hereby expressly subordinates any claim that the debtor may have against Secured Party, upon any account whatsoever, to the claim that Secured Party has or will have against the debtor.

If Secured Party so requests, all notes or credit agreements now or hereafter established, evidencing debts or obligation of debtor to third parties, shall be marked with a legend that the same are subject to this agreement and shall be delivered to Secured Party. Debtor agrees, and secured party hereby is authorized, in the name of the debtor, to execute and file such financing statements and other commercial statements, as Secured Party deems necessary or appropriate to perfect, preserve, and enforce his/her rights under this agreement.

## FIDELITY BOND

Know all men by these presents, that DEBTOR, KENNETH JAMES BOONE, establishes this bond in favor of the Secured Party, Kenneth James Boone, in the sum of present Collateral Values up to the penal sum of $100,000,000,000.00 United States Money/Dollars/Credit, for the payment of which bond, well and truly made, DEBTOR binds DEBTOR and DEBTOR'S heirs, executors, administrators, and third-party assigns, jointly and severally, by these presents.

The condition of the above bond is: the Secured Party covenants to do certain things on behalf of DEBTOR, as set forth above in Agreement, and DEBTOR, with regard to conveying goods and services in Commercial Activity to the Secured Party, covenants to serve as a 'commercial' transmitting utility therefore and, as assurance of fidelity, grants to the Secured Party a Security Interest in the herein below described Collateral.

This bond shall be in force and effect as of the date hereon and until the DEBTOR; KENNETH JAMES BOONE, is released from liability by the written order of the UNITED STATES GOVERNMENT and provided that said Debtor's Surety; Kenneth James Boone may cancel this bond and be relieved of further liability hereunder by delivering thirty (30) day written notice to DEBTOR. No such cancellation shall affect any liability incurred or accrued hereunder prior to the termination of said thirty (30) day period. In such event of notice of cancellation, DEBTOR agrees to reissue the bond before the end of said thirty (30) day period for an amount equal to or greater than the above-stated value of this Security Agreement, unless the Parties agree otherwise.

## INDEMNITY CLAUSE

DEBTOR, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold the Secured Party harmless from and against any and all claims, losses, liabilities, costs, interests, and expenses, hereinafter referred to as "Claims" or "Claim," which Claims include, without restriction, all legal costs, interests, penalties, and fines suffered or incurred by the Secured Party, in accordance with the Secured Party's personal guarantee with respect to any loan or indebtedness

Form 0715197447371/SA/KJB                                       Secured Party; Kenneth-James;Boone

For the Security Agreement 2015 by the Kenneth James Boone

Page 5

liabilities, costs, interests, and expenses, hereinafter referred to as "Claims" or "Claim," which Claims include, without restriction, all legal costs, interests, penalties, and fines suffered or incurred by the Secured Party, in accordance with the Secured Party's personal guarantee with respect to any loan or indebtedness of DEBTOR, including any amount DEBTOR might be deemed to owe to any creditor for any reason whatsoever.

The Secured Party shall promptly advise DEBTOR of any Claim and provide DEBTOR with full details of said Claim, *inter alia*, copy of any document, correspondence, suit, or action received by or served upon the Secured Party. The Secured Party shall fully cooperate with DEBTOR in any discussion, negotiation, or other proceeding relating to any Claim.

## OBLIGATIONS SECURED

The security interest granted herein secures any and all indebtedness and liability whatsoever of DEBTOR to the Secured Party, whether direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising, and however evidenced.

## COLLATERAL

The collateral to which this Security Agreement pertains to, *inter alia*, all herein below described personal and real property of DEBTOR, now owned or hereafter, acquired by DEBTOR, in which the Secured Party holds all interest. DEBTOR retains possession and use, and rights of possession and use, of all collateral, and all proceeds, products, accounts, and fixtures, and the Orders there from, are released to DEBTOR.

Before any of the below-itemized property can be disbursed, exchanged, sold, tendered, forfeited, gifted, transferred, surrendered, conveyed, destroyed, disposed of, or otherwise removed from DEBTOR'S possession, settlement via Notice of Lien herein must be satisfied in full and acknowledgment of same completed to satisfaction of Secure Party.

1. All proceeds, products, accounts, and fixtures from crops, mine head, wellhead, with transmitting utilities, etc.;
2. All rents, wages, and income;
3. All land, mineral, water, and air rights;
4. All cottages, cabins, houses, and buildings;
5. All bank accounts, bank "safety" deposit boxes and the contents therein, credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts;
6. All inventory in any source;
7. All machinery, either farm or industrial;
8. All boats, yachts, and water craft, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, *inter alia*: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;
9. All aircraft, gliders, balloons, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, *inter alia*: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;

Form 0715197447371/SA/KJB                                    Secured Party; Kenneth James Boone

For the Security Agreement 2015 by the Kenneth James Boone

Page 6

10. All motor homes, trailers, mobile homes, recreational vehicles, house, cargo, and travel trailers, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, *inter alia*: all ancillary equipment, accessories, parts, service equipment, lubricants, and fuels and fuel additives;

11. All livestock and animals, and all things required for the care, feeding, use, and husbandry thereof;

12. All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances;

13. All computers, computer-related equipment and accessories, electronically stored files or data, telephones, electronic equipment, office equipment and machines;

14. All visual reproduction systems, aural reproduction Systems, motion pictures, films, video tapes, audio tapes, sound tracks, compact discs, phonograph records, film, video and aural production equipment, cameras, projectors, and musical instruments;

15. All manuscripts, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;

16. All books and records of DEBTOR;

17. All Trademarks, Registered Marks, copyrights, patents, proprietary data and technology, inventions, royalties, good will;

18. All scholastic degrees, diplomas, honors, awards, meritorious citations;

19. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever, of DEBTOR;

20. All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, blood and blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal image, and the descriptions thereof, and all other corporal identification factors, and said factors' physical counterparts, in any form, and all records, record numbers, and information pertaining thereto;

21. All biometrics data, records, information, and processes not elsewhere described, the use thereof; and the use of the information contained therein or pertaining thereto;

22. All Rights to obtain, use, request, or refuse or authorize the administration of, any food, beverage, nourishment, or water, or any substance to be infused or injected into, or affecting the body by any means whatsoever;

23. All Rights to request, refuse, or authorize the administration of; any drug, manipulation, material, process, procedure, ray, or wave which alters, or might alter the present or future state of the body, mind, spirit, or will by any means, method, or process whatsoever;

24. All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, and any software, machinery, or devices related thereto;

25. All Rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, *inter alia*, cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, www, and all other methods of communication, energy transmission, and food or water distribution;

26. All Rights to barter, buy, contract, sell, or trade ideas, products, services, or work;

27. All Rights to create, invent, adopt, utilize, or promulgate any system or means of currency, money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;

28. All Rights to use any free, rented, leased, fixed, or mobile domicile, as though same were a permanent domicile, free from requirement to apply for or obtain any government license or permission and free from entry, intrusion, or surveillance, by any means, regardless of duration of lease period, so long as any required lease is currently paid or a subsequent three-day grace period

Form 0715197447371/SA/KJB                                    Secured Party; Kenneth James Boone

For the Security Agreement 2015 by the Kenneth James Boone

Page 7

has not expired;

29. All Rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

30. All Rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

31. All Rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, and survival;

32. All Rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgment of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition Government for redress of grievances, or petition any military force of the United States for physical protection from threats to the safety and integrity of person or property from either "public" or "private" sources;

33. All Rights to Keep and Bear Arms for self-defense of self; family, and parties entreating physical protection of person or property;

34. All Rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

35. All Rights to create documents of travel of every kind whatsoever, *inter alia*, those signifying diplomatic status and immunity as a free, independent, and Sovereign State-in-fact;

36. All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, *i.e.* mind, body, soul, free will, faculties, and self;

37. All Rights to privacy and security in person and property, *inter alia*, all Rights to safety and security of all household or sanctuary dwellers or guests, and -all papers and effects belonging to DEBTOR or any household or sanctuary dwellers or guests, against governmental, quasi-governmental, *defacto* governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may be promulgated as the authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

38. All names used and all Corporations Sole executed and filed, or to be executed and filed, under said names;

39. All intellectual property, *inter alia*, all speaking and writing;

40. All signatures and seals;

41. All present and future retirement incomes, and rights to such incomes, issuing from any of DEBTOR'S accounts;

42. All present and future medical and healthcare rights, and rights owned through survivorship, from any of DEBTOR'S accounts;

43. All applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records and records numbers held by any entity, for any purpose, however acquired, as well as the analyses and uses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, *inter alia*, all processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records and records numbers, and the like;

Form 0715197447371/SA/KJB                                    Secured Party; Kenneth James Boone

For the Security Agreement 2015 by the Kenneth James Boone

44. All library cards;
45. All credit, charge, and debit cards, and mortgages, notes, applications, card numbers, and associated records and information;
46. All credit of DEBTOR;
47. All traffic citations/tickets;
48. All parking citations/tickets;
49. All court cases and judgments, past, present, and future, in any court whatsoever, and all bonds, orders, warrants, and other matters attached thereto or derived there from;
50. All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts, and any storage boxes within which said items are stored;
51. All tax correspondence, filings, notices, coding, record numbers, and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;
52. All bank accounts, bonds, certificates of deposit, drafts, futures, insurance policies, investment securities, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, 401-K's, and the like;
53. All accounts, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds, and all records and records numbers, correspondence, and information pertaining thereto or derived there from;
54. All cash, coins, money, Federal Reserve Notes, and Silver Certificates;
55. All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds, and all related storage facilities and supplies;
56. All products of and for agriculture, and all equipment, inventories, supplies, contracts, accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;
57. All farm, lawn, and irrigation equipment, accessories, attachments, hand-tools, implements, service equipment, parts, and supplies, and storage sheds and contents;
58. All fuel, fuel tanks, containers, and involved or related delivery systems;
59. All metal-working, woodworking, and other such machinery, and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, toolboxes, work benches, shops, and facilities;
60. All camping, fishing, hunting, and sporting equipment, and all special clothing, materials, supplies, and baggage related thereto;
61. All rifles and guns and related accessories, and ammunition and the integral components thereof;
62. All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas, and towers, and all ancillary equipment, supplies, computers, software programs, wiring, and related accoutrements and devices;
63. All power-generating machines or devices, and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining or attached thereto;
64. All computers and computer Systems and the information contained therein, as well as all ancillary equipment, printers, and data compression or encryption devices and processes;
65. All office and engineering equipment, furniture, ancillary equipment, drawings tools, electronic and paper files, and items related thereto;
66. All water wells and well-drilling equipment, and all ancillary equipment, chemicals, tools, and supplies;
67. All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents thereof; whether on-site, in transit, or in storage anywhere;
68. All building materials and prefabricated buildings, and all components or materials pertaining

Form 0715197447371/SA/KJB                                    Secured Party; Kenneth James Boone

For the Security Agreement 2015 by the Kenneth James Boone

Page 9

thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupancy thereof;

69. All communications and data, and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information;

70. All books, drawings, magazines, manuals, and reference materials regardless of physical form;

71. All artwork, paintings, etchings, photographic art, lithographs, and serigraphs, and all frames and mounts pertaining or affixed thereto;

72. All food, and all devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation, growth, transport, and storage;

73. All construction machinery and all ancillary equipment, supplies, materials, fuels, fuel additives, supplies, materials, and service equipment pertaining thereto;

74. All medical, dental, optical, prescription, and insurance records, records numbers, and information contained in any such records or pertaining thereto;

75. The Will of DEBTOR;

76. All inheritances gotten or to be gotten;

77. All wedding bands and rings, watches, wardrobe, and toiletries;

78. All household goods and appliances, linen, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, antiques;

79. All businesses, corporations, companies, trusts, partnerships, limited partnerships, organizations, proprietorships, and the like, now owned or hereafter acquired, and all books and records thereof and there from, all income there from, and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

80. All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, DEBTOR, whether received or not received by DEBTOR;

81. All telephone numbers;

82. Any property not specifically listed, named, or specified by make, model, serial number, certification and/or certification number, license and/or license number, etc., is expressly herewith included as collateral of DEBTOR as applies to any and all 'property' as described in detail in additional filed UCC-1's or UCC-3's under necessity in the exercise of the right of Redemption in behalf of the Debtor.

NOTE; Secured Party reserves the right to add or amend this private security agreement by addition of Schedule A's as needed or necessary on behalf of the Debtor.

## ADVISORY

All instruments and documents referenced/itemized above are accepted for value, with all related endorsements, front and back, in accordance with UCC § 3-419 and House Joint Resolution 192 of June 5, 1933. This Security Agreement is accepted for value, property of the Secured Party, and not dischargeable in bankruptcy court as the Secured Party's property is exempt from third-party levy. This Security Agreement supersedes all previous contracts or security agreements between DEBTOR and the Secured Party.

DEBTOR agrees to notify all of DEBTOR'S former creditors, would-be creditors, and any would-be purchasers of any herein-described Collateral, of this Security Agreement, and all such personages are expressly so-noticed herewith.

Form 0715197447371/SA/KJB                                    Secured Party; Kenneth James Boone

For the Security Agreement 2015 by the Kenneth James Boone

Page 10

This Security Agreement devolves on the Secured Party's heirs and assigns, who are equally as authorized, upon taking title to this Security Agreement, as the Secured Party to hold and enforce said Security Agreement via non-negotiable contract, devise, or any lawful commercial remedy.

The Secured Party will sign by accommodation on behalf of the Debtor when necessary wherever the signature of the Debtor will be required. Secured Party signs for the Debtor as 'agent' and/or 'Authorized Representative' of the Debtor. The Secured Party reserves the right to make sufficient claims to secure such indebtedness until satisfied in whole.

The Secured Party may/shall issue a binding commitment to extend credit in any capacity or matter, whether or not reimbursed in the event of dishonor or difficulties in collection; and the Secure Party in providing the security for payment (discharge) of all sums due or owing, or to become due or owing by the Debtor per any and all due commercial public or corporate presentments via contract or otherwise upon the debtor.

## DEFAULT

The following shall constitute the event(s) of default hereunder:

1. Failure by DEBTOR to pay any debt secured hereby when due;
2. Failure by DEBTOR to perform any obligations secured hereby when required to be performed;
3. Any breach of any warranty by DEBTOR contained in this Security Agreement; or
4. Any loss, damage, expense, or injury accruing to Secured Party by virtue of the commercial transmitting-utility function of DEBTOR.
5. Evidence that a statement, warranty, or representation made or implied in this agreement by DEBTOR, is false or misleading in any material respect, either now or at the time made or furnished.
6. Dissolution of termination of DEBTOR'S existence as a legal entity, the insolvency of DEBTOR, the appointment of a receiver for all or any portion of DEBTOR'S property, an assignment for the benefit of public creditors, or the commencement of proceedings under bankruptcy or insolvency laws by or against DEBTOR.
7. Commencement of foreclosure, whether by action of a tribunal, self-help, repossession, or other method, by a creditor of DEBTOR against the collateral.
8. Garnishment of DEBTOR'S deposit accounts or employment funds.

### Cure of Default

If a fault or dishonor under this agreement is curable through an account held by debtor but managed by the UNITED STATES or one of its subdivisions, agents, officers, or affiliates, such fault or dishonor may be cured by the debtor with authorization by Secured Party; and upon advice by the fiduciary that the fault or dishonor has been cured, and no event of default will have occurred. A dishonor under this agreement, initiated by third party intervention, will not cause a default if such intervention is challenged by debtor by its good faith effort to confirm or disprove the validity or reasonableness of a public claim which is the basis of the public creditor's proceeding; but debtor must, in that event, deposit such surety

Form 0715197447371/SA/KJB                                   Secured Party; Kenneth James Boone

For the Security Agreement 2015 by the Kenneth James Boone

Page 11

with secured party as is necessary to indemnify the secured party from loss.

## Acceleration

In the event of default, Secured Party may declare the entire indebtedness immediately due and payable without notice.

## Liquidation of Collateral

In the event of default, Secured Party shall have full power to privately or publicly sell, lease, transfer, or otherwise deal with the collateral or proceeds or products there-from, in his own name or in the name of the debtor. All expenses related to the liquidation of collateral shall become a part of the debtor's indebtedness. Secured Party may, at his discretion, transfer part or all of the collateral to his/her own name or to the name of nominee.

## Rights and Remedies

The Secured Party shall have all the rights and remedies of a Secured Creditor under the provisions of the Uniform Commercial Code as it has been adopted in the state where part or all of the collateral is located or presumed to be located, including but not limited to, the right to proceed with self-help with or without a public court or tribunal. Rights and remedies available to secured party may be exercised singularly or jointly and in all venues and jurisdictions concurrently at the sole discretion of the Secured Party.

## MISCELLANEOUS PROVISIONS
## Amendments

This agreement, together with all related documents, constitutes the entire understanding and agreement of the parties as to the matters set forth in this agreement. No alteration of or amendment to this agreement shall be effective unless expressed in writing and signed by both parties.

## Applicable Law

The governing law of this Agreement is the agreement of the Parties, supported by the Uniform Commercial Code as adopted by the legislature of all States and the STATE OF NY, international contract law, the unwritten Law Merchant as practiced before the Uniform Commercial Code was promulgated and applicable maxims of law.

## Expenses

Debtor agrees to pay upon demand, from such accounts as debtor may have, all Secured Party's costs and expenses, including reasonable attorney's fees and other expenses incurred by the Secured Party to defend or enforce the provisions of this agreement.

## Indebtedness

The word "indebtedness" means the indebtedness evidenced by this agreement as a claim against the debtor and all its present and future possessions identified in this agreement as collateral; and all public obligations, debts, and liabilities ascribed to debtor through its contracts and agreements, whether expressed or implied, known or unknown, or actual or constructive, that are with the UNITED STATES or its subdivisions, agents, officers, affiliates, or other public entities; and all claims made by Secured Party against debtor, whether existing now or in the future, whether they are voluntary or involuntary, due or not due, direct or indirect, absolute or contingent, liquidated or unliquidated, regardless of whether

Form 0715197447371/SA/KJB                                    Secured Party; Kenneth James Boone

For the Security Agreement 2015 by the Kenneth James Boone

Page 12

debtor is or may be liable individually or jointly, or is obligated as, or beneficiary of, a surety or accommodation party.

## Related Documents

The phrase "related documents" means all promissory notes, credit agreements, loan agreements, guaranties, security agreements, mortgages, deeds of trust, applications, accounts, licenses, policies, permits, identification cards, account cards, receipts, forms, and all other documents and instruments that debtor or its previous surety has or will execute in connection with the debtor's total indebtedness.

## Notices

Except for revocation notices by debtor, all notices required to be given by either party under this agreement, shall be in writing and shall be effective when actually delivered or when deposited with the United States Post Office or a nationally recognized courier service, first class postage prepaid, addressed to the party to whom the notice is to be given at the address shown on this agreement or to such other address as either party may designate to the other in writing.

## Severability

If one or more provisions of this agreement shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a qualified court finds that one or more provisions of this agreement is invalid or unenforceable, but that by limiting such provision(s) it would become valid or enforceable, such provision(s) shall be deemed to be written, construed, and enforced as so limited. In the event that such a finding and limitation causes damage or hardship to either party, the agreement shall be amended in a lawful manner to make all parties whole.

## Waiver of Contractual Right

The failure of either party to enforce one or more provisions of this agreement shall not be construed as a waiver or limitation of that party's right to subsequently enforce and compel strict compliance with every provision of this agreement. Secured party shall not be deemed to have waived rights under this agreement unless such waiver is given in writing and signed by secured party. No delay or omission on the part of Secured Party in exercising a right shall operate as a waiver of such right or any other right. A waiver by Secured Party of a provision of this agreement shall not prejudice or constitute a waiver of secured party's right otherwise to demand strict compliance with that provision or any other provision of this agreement. No prior waiver by Secured Party, nor any course of dealing between secured party and debtor, shall constitute a waiver of Secured Party's rights or of debtor's obligations under this agreement as to future transactions. Whenever the consent of Secured Party is required under this agreement, the granting of such consent by secured party in one instance shall not constitute consent over the whole.

## Ambiguities and Interpretation

Each party acknowledges receipt of this agreement and has had the opportunity to have counsel review it. Any rule of construction claiming ambiguities is to be resolved against the drafting party and shall not apply in the interpretation of this agreement or its amendments. All statements in this instrument are important to the parties. Misunderstandings have been resolved prior to execution.

## Authority to Represent

Form 0715197447371/SA/KJB                                    Secured Party; Kenneth James Boone

For the Security Agreement 2015 by the Kenneth James Boone

Page 13

A signer of this agreement on behalf of a legal entity certifies that he has the authority to sign this agreement and that this transaction has been duly authorized by such entity.

### Gender

All references within this agreement to a specific gender, include the other.

The Secured Party reserves the right to satisfy any judgment, lien, levy, debt, or obligation, whether unsecured, secured, or purported to be secured, against DEBTOR by executing a Bill of Exchange against the Fidelity Bond registered herewith.

# SIGNATURES

Applicable to all Successors and Assigns

The Secured Party executes this Security Agreement certified and sworn on the Secured Party's unlimited liability true, correct, and complete, and accepts all signatures in accord with UCC § 3-419.

KENNETH JAMES BOONE, DEBTOR:

KENNETH JAMES BOONE

Kenneth James Boon

_Authorized Representative_
_UCC 1-308_
_W/O whom prohibited_

Kenneth James Boone, Secured Party

# ACKNOWLEDGEMENT

New York _____ STATE)
                          ) Scilicet
County of Erie _____ )

SUBCRIBED TO AND SWORN before me this _6th_ day of _July_, A.D. 2015, a Notary, that _Kenneth James Boone_ personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_____ Seal;
Notary Public in and for said State
My Commission expires; _oct 29, 2015_

TIMOTHY N. HALL
Notary Public - State of New York
Reg. No. 01HA6271139
Qualified in Erie County
Commission Expires Oct. 29, 2016

See attached: Schedule A and Indemnity Bond.

# SCHEDULE A

This Schedule-A dated June 6, 2015 attached to and incorporated in the attached security agreement

Form 0715197447371/SA/KJB                          Secured Party; Kenneth James Boone

For the Security Agreement 2015 by the Kenneth James Boone

Page 14

**C.**   Application for STATE OF NY CERTIFICATION OF BIRTH # 15034962-1 and/or (6308 - REGISTER NUMBER), and all other Certificates of Birth, Certificates of Living Birth, Notifications of Registration of Birth, or Certificates of Registration of Birth, or otherwise entitled documents of birth whether county, state, federal, or other either ascribed to or derived from the name of the debtor identified above, or based upon the above described birth document.

**D.**  Application for Social Security # █████████

**E.**  NY Driver License # █████████

**F.**  UCC File # 2015-159-8368-4 and all addendums and all amendments

**G.** All property listed on the Legal Notice and Demand that is filed in ERIE COUNTY, NY STATE register of deeds office, including but not limited to the following: all DNA, fingerprints, all biological identification, all blood, all bodily fluids, all bodily excretions, all organs, all body parts, all bodily tissues, all thoughts, all intellectual property, are the sole property of Kenneth James Boone, the Secured Party Creditor.  These items of property cannot be taken, used, duplicated, confiscated, confined, restrained, abused, damaged, influenced, or removed from the Secured Party Kenneth James Boone, without his voluntary, written permission.  Any violation of this agreement will constitute a penalty of one hundred million 99.999% one ounce silver coins, per occurrence, per officer or agent involved.  This is a contract in admiralty and you may rebut this contract within 21 days. Rebuttal must be per the conditions found in the "Legal Notice and Demand" that is on file, along with this document, in the register of deeds office in ERIE COUNTY, NY STATE.

All Property Belonging to the Debtor belongs to the Creditor, including equity and improvements. See ~~Exhibit~~ UCC-1, and Legal Notice and Demand for complete property list.
WA&NY

### INDEMNITY BOND

Know all men by these presents, that KENNETH JAMES BOONE, the Debtor, hereby establishes this Indemnity Bond in favor of Kenneth James Boone, the Secured Party, in the sum of present and future collateral values up to the sum of $100,000,000,000.00 United States dollars in silver dollars, fiat money, or money of account/credit, at par value, for the payment of which bond the debtor hereby firmly binds its successors, heirs, executors, administrators, DBA's, AKA's, and third-party assigns, jointly and severally.
The debtor hereby indemnifies the Secured Party against losses incurred as a result of all claims of debts or losses made by any and all persons against the commercial transactions and investments of the debtor. The condition of this bond is that Secured Party covenants to do certain things on behalf of the debtor, as set forth in this security agreement of the same date and executing parties; and debtor covenants to serve as a transmitting utility to assure beneficial interest in all accounts established and managed by the UNITED STATES AND its agent(s)/agencies, corporations or otherwise; and all goods and services in commerce are available to or conveyed from debtor to Secured Party, whichever is appropriate.

To avert losses of vested rights in the present or future collateral that is the subject of the attached security agreement, debtor agrees to make available to the secured party, such accounts established by intent of the parties, by operation of law, and/or as constructive trusts, to hold proceeds arising from assets belonging to the debtor, and administered by the UNITED STATES or its subdivisions, agents, or affiliates. Pursuant to existing laws of the UNITED STATES and the agreement of the parties of the attached security agreement, the Secured Party is authorized to assign such funds from said accounts as are necessary to settle all past, present, and future public debts and obligations incurred by the debtor on behalf of the Secured Party.

Form 0715197447371/SA/KJB                                              Secured Party; Kenneth James Boone

For the Security Agreement 2015 by the Kenneth James Boone

Page 15

The debtor, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold the Secured Party harmless from and against any and all claims, losses, liabilities, costs, interests, and expenses including, without restriction, legal costs, interests, penalties, and fines previously suffered or incurred, or to be suffered or incurred by the Secured Party, in accordance with the Secured Party's personal guarantee with respect to loans or indebtedness belonging to the debtor, including any amount the debtor might be deemed to owe to a public creditor for any reason whatsoever. The Secured Party shall promptly advise the debtor of all public claims brought by third parties against the present or future property of the debtor, all of which is covered by the attached security agreement up to the indemnification amount declared herein, and to provide the debtor with full details of said claim(s), including copies of all documents, correspondence, suits, or actions received by or served upon the debtor through the Secured Party. Secured Party shall fully cooperate with discussion, negotiation, or other proceedings relating to such claims.

This bond shall be in force and effect as of the date it is signed and accepted by the parties, and provided that secured party may cancel this bond and be relieved of further duty hereunder by delivering a thirty (30) day written notice of cancellation to the debtor. No such cancellation shall affect the liability incurred by or accrued to Secured Party prior to the conclusion of said thirty (30) day period. In such event of notice of cancellation, and in the event the UNITED STATES reinstitutes its constructive claim against the collateral, the debtor agrees to reissue the bond before the end of the thirty (30) day period for an amount equal to or greater than the above value of the attached security agreement, unless the parties agree otherwise.

# NOTICE OF LIEN

This agreement constitutes an International Commercial Lien on all property (in each of their individual capacity/form/item) of the Debtor (indemnitor) on behalf of, and for the benefit of, the Secured Party Creditor (indemnitee) in the amount of $100,000,000,000.00 UNITED STATES MONEY in silver dollars, fiat money, or money of account/credit, at par value. This lien will expire at the moment that the indemnitee expires or when this lien is satisfied by any Third Party Interloper who seeks to take/seize any of said property.

KENNETH JAMES BOONE
_____
KENNETH JAMES BOONE, Indemnitor

_____
Kenneth James Boone, Indemnitee

UCC 1-308
Void where prohibited

Form 0715197447371/SA/KJB

Secured Party; Kenneth James Boone

For the Security Agreement 2015 by the Kenneth James Boone

Page 16

# HOLD HARMLESS INDEMNITY AGREEMENT

0715197447372-HHIA-KJB

Non-negotiable – Private between the Parties

**PARTIES**

**Debtor:**

KENNETH JAMES BOONE
c/o 1440 JEFFERSON AVENUE, SUITE 149
BUFFALO, NY [14208]

(*Debtor - and any and all
derivatives and variations in the spelling of said name.)

**Creditor:**

Kenneth James Boone
c/o 1746 Eggert Road
Amherst, NY, Republic; near [14226]

(*Creditor-and any and all derivatives
and variations in the spelling of said
name.)

This Hold-Harmless Indemnity Agreement is mutually agreed upon and entered into in this 5th Day of the month of June, in the year of YHWH Two-Thousand-Fifteen, between the juristic person, BAILEE, KENNETH JAMES BOONE, KENNETH J BOONE, KENNETH BOONE, K JAMES BOONE, KJB, KJ BOONE, DEBTOR, and Kenneth James Boone, Kenneth J. Boone, Kenneth Boone, K. James Boone, K.J. Boone, including all variations of said name of KENNETH JAMES BOONE, Debtor, BAILEE, and Kenneth James Boone, Secured Party Creditor, Bailor, who is a living, flesh-and-blood man.

For valuable consideration Debtor hereby expressly agrees and covenants, without benefit of discussion, and without division, that Debtor holds harmless and undertakes the indemnification of Creditor from and against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses, whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered/incurred by, as well as imposed on, Debtor for any reason, purpose, and cause whatsoever. KENNETH JAMES BOONE, Debtor, BAILEE does hereby and herewith expressly covenant and agree that Creditor, Kenneth James Boone shall not under any circumstances, nor in any manner whatsoever, be considered an accommodation party, nor a surety, for Debtor, BAILEE, KENNETH JAMES BOONE.

**Words Defined; Glossary of Terms.** As used in this Hold-harmless Indemnity Agreement, the following words and terms express the meanings set forth as follows, *non obstante*:

**Appellation.** In this Hold-harmless and Indemnity Agreement the term "appellation" means: A general term that introduces and specifies a particular term which may be used in addressing, greeting, calling out for, and making appeals of a particular living, breathing, flesh-and-blood man.

**Conduit.** In this Hold-harmless Indemnity Agreement the term "conduit" signifies a means of transmitting and distributing energy and the effects/produce of labour, such as goods and services, via the name KENNETH JAMES BOONE, KENNETH J BOONE, KENNETH BOONE, K JAMES BOONE, KJB, KJ BOONE, BAILEE, Debtor," also known by and all derivatives and variations in the spelling of said name of Debtor except "Kenneth James Boone, Kenneth J. Boone, Kenneth Boone, K. James Boone, K.J. Boone the Secured Party©."

**Creditor.** In this Hold-harmless Indemnity Agreement the term "Creditor" means Kenneth James Boone©.

**Debtor.** In this Hold-harmless Indemnity Agreement the term "Debtor" means of transmitting and distributing energy and the effects/produce of labour, such as goods and services, via the name KENNETH JAMES BOONE, KENNETH J BOONE, KENNETH BOONE, K JAMES BOONE, KJB, KJ BOONE, also known by and all derivatives and variations in the spelling of said name except "Kenneth James Boone, Kenneth J. Boone, Kenneth Boone, K. James Boone, K.J. Boone©."

**Derivative.** In this Hold-harmless Indemnity Agreement the term "derivative" means coming from another; taken from something preceding; secondary; that which has not the origin in itself, but obtains existence from something foregoing and of a more primal and fundamental nature; anything derived from another.

**Ens legis.** In this Hold-harmless Indemnity Agreement the term "ens legis" means a creature of the law; an artificial being, as contrasted with a natural person, such as a corporation, considered as deriving its existence entirely from the law.

**Hold-harmless Indemnity Agreement.** In this Hold-harmless Indemnity Agreement the term "Hold-harmless Indemnity Agreement" means this Hold-harmless Indemnity Agreement 071519744737-HHIA-KJB, as this Hold-harmless Indemnity Agreement may be amended and modified in accordance with the agreement of the parties signing hereunder, together with all attachments, exhibits, documents, endorsements, and schedules re this Hold-harmless Indemnity Agreement attached hereto.

**KENNETH JAMES BOONE. Debtor.** In this Hold-harmless Indemnity Agreement the term "Debtor" means KENNETH JAMES BOONE, KENNETH J BOONE, KENNETH BOONE, K JAMES BOONE, KJB, KJ BOONE, and any and all derivatives and variations in the spelling of the said name except "Kenneth James Boone, Kenneth J. Boone, Kenneth

0715197447372-HHIA-KJB

Boone, K. James Boone, K.J. Boone©." Common Law Copyright © July 15, 1974 - 3000 by Kenneth James Boone©. All Rights Reserved.

**Kenneth James Boone, Secured Party.** In this Hold-harmless Indemnity Agreement the term "Secured Party" means Kenneth James Boone, Kenneth J. Boone, Kenneth Boone, K. James Boone, K.J. Boone ©, the sentient, living, breathing, flesh-and-blood man identified by the distinctive appellation "Secured Party©." All rights are reserved re use of Kenneth James Boone, Kenneth J. Boone, Kenneth Boone, K. James Boone, K.J. Boone ©.  Kenneth James Boone, Secured Party ©, Autograph Common Law Copyright © June 5, 2015 by Kenneth James Boone, Secured Party©.

**Juristic person.** In this Hold-harmless Indemnity Agreement the term "juristic person" means an abstract, legal entity *ens legis*, such as a corporation, created by construct of law and considered as possessing certain legal rights and duties of a human being; an imaginary entity, such as Debtor, i.e. KENNETH JAMES BOONE, Debtor, which, on the basis of legal reasoning, is legally treated as a human being for the purpose of conducting commercial activity for the benefit of a biological, living being, such as Creditor.

"From the earliest times the law has enforced rights and exacted liabilities by utilizing a corporate concept – by recognizing, that is, juristic persons other than human beings. The theories by which this mode of legal operation has developed, has been justified, qualified, and defined are the subject matter of a very sizable library. The historic roots of a particular society, economic pressures, philosophic notions, all have had their share in the law's response to the ways of men in carrying on their affairs through what is now the familiar device of the corporation —— Attribution of legal rights and duties to a juristic person other than man is necessarily a metaphorical process. And none the worse for it. No doubt, "metaphors in law are to be narrowly watched." <u>Cardozo, J., in Berkey v. Third Avenue R. Co., 244 N.Y. 84, 94.</u> "But all instruments of thought should be narrowly watched lest they be abused and fail in their service to reason." See U.S. v. SCOPHONY CORP. OF AMERICA, 333 U.S. 795; S.Ct. 855; 1973 U.S."

**Living, breathing, flesh-and-blood man.** In this Hold-harmless Indemnity Agreement the term "living, breathing, flesh-and-blood man" means the Creditor, Kenneth James Boone, Secured Party©, a sentient, living being, as distinguished from an artificial construct, ens legis, i.e. a juristic person, created by construct of law.

"There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent." <u>CRUDEN v. NEALE, 2 N.C. 338 (1796) 2 S.E. 70.</u>

**Non obstante.** In this Hold-harmless Indemnity Agreement the term "non obstante" means: Words anciently used in public and private instruments with the intent of precluding, in advance, any interpretation other than certain declared objects, purposes

**Sentient, living being.** In this Hold-harmless Indemnity Agreement the term "sentient, living being" means the Creditor, i.e. Kenneth James Boone, Secured Party©, a living, breathing, flesh-and-blood man, as distinguished from an abstract legal construct such as an artificial entity, juristic person, corporation, partnership, association, and the like.

**Transmitting utility.** In this Hold-harmless Indemnity Agreement the term "transmitting utility" means a conduit, e.g. the Debtor, i.e. KENNETH JAMES BOONE, Debtor.

**UCC.** In this Private Agreement the term "UCC" means Uniform Commercial Code.

This Hold-harmless Indemnity Agreement 071519744737-HHIA-KJB is dated: the 5th Day of the month of June in the year of YHWH Two-thousand-fifteen.

Debtor: KENNETH JAMES BOONE

KENNETH JAMES BOONE
Debtor's Signature

Secured Party accepts Debtor's Signature in accord with UCC §§ 1-201 (39), 3-401 and accepts for value this Security Agreement.

Secured Party's Signature

_____ , Secured Party©
Authorised Representative
All Rights Reserved.

Signed in the presence of:

Notary Name _____

Dated: _6_ Day of ____ 20_5

Signed: _____

TIMOTHY N. HALL
Notary Public - State of New York
Reg. No. 01HA6271139
Qualified in Erie County
Commission Expires Oct. 29, 2016

0715197447372-HHIA-KJB

Page 2 of 2

# NON-NEGOTIABLE SECURITY AGREEMENT

1. All property of BAILEE, DEBTOR KENNETH JAMES BOONE, 1400 JEFFERSON AVENUE, SUITE 149, BUFFALO, NY 14208, is now hereby secured property as bailment of Bailor, Secured Party Creditor Kenneth James Boone, c/o 1746 Eggert Road, Amherst, NY, Republic; near [14226]; Non-Domestic without the US. Secured Party Creditor must be fully compensated before any property can be exchanged, sold, tendered, disposed of, or forfeited in any manner. This property now owned or hereinafter acquired includes, but is not limited to, all: Proceeds, products, accounts and fixtures from crops, mine heads, wellheads, transmitting utilities, etc., rent, wages, all and any income, land, mineral, water, and air rights, cottages, houses, buildings, structures, bank accounts, private treasury accounts, bank deposit boxes and contents therein, retirement plans, derivatives, stocks, bonds, securities, benefits from trusts, inheritances received or in receivership, inventory from any source, all machinery including farm and industrial, livestock, equipment, fifth wheel trailers, automobiles, trucks, four wheelers, boats, water craft, aircraft, motor homes, mobile homes, jewelry, wedding bands, rings, watches, all household goods, appliances, any type of furniture, kitchen utensils, cooking utensils, radios, televisions, computers, musical instruments, antiques, all sporting equipment, firearms, and all other property held for benefit by myself or others. Any and all property not specifically referenced by make, model, and serial number is also included.

2. This privately held Security Agreement in hand cannot be discharged in bankruptcy court or any other court, as holder's property is exempt from levy. Secured Party Creditor accepts all signatures in accordance with UCC3-419. Adjustment of this recording is from HJR 192, Public Law 73-10, and UCC-1-104. All proceeds, accounts, and orders therefrom are released to Secured Party Creditor.

3. This Security Agreement instrument in hand supersedes any and all, but not limited to, documents or claims purporting to have a higher standing against undersigned's bona-fide, original, wet ink signature set forth by proper English appellation Kenneth James Boone in correlating correct accounting practice numbers.


_KENNETH JAMES BOONE_
KENNETH JAMES BOONE, BAILEE, DEBTOR

LS: _Kenneth J Boone_
Kenneth James Boone, Bailor,
Secured Party Creditor

_6 / 5 / 2015_
Date

0715197447375-NNSA-KJB

**International Registered Private Tracking Number** – BCBOND # 9417910200793620567129
UCC1 RECORDED in WASHINGTON – Secured Transaction Registry Number – 201515983684

**ATTENTION AND WARNING**
<u>THIS IS A LEGAL NOTICE AND DEMAND</u>
FIAT JUSTITIA, RUAT COELUM

*(Let right be done, though the heavens should fall)*

NON WAR POWERS       **To:** All City, County, State, Federal and International Public Officials, by and
through

ACT FLAG                  NEW YORK SECRETARY OF STATE Cesar Perales
                           TAKE NOTICE:  IGNORANCE OF THE LAW IS NO EXCUSE.
                           THIS IS A CONTRACT IN ADMIRALTY JURISDICTION.

Take a moment to read this before you proceed any further.
I do not wish to speak to you under any circumstances excluding federal judicial review.

**THIS TITLE IS FOR YOUR PROTECTION!**

(1)   I, one Kenneth-James: Boone, Free man, the undersigned, herein request that you present anything that you
say to me in writing, signed under penalty of perjury as required by your law as shown in this instrument. **Notice
to Agent is Notice to Principal. Notice to Principal is Notice to Agent.** Attachments are included and are
part of this contract.

(2)   **This Notice** is in the nature of a Miranda Warning. Take due heed of its contents. If, for any reason, you do not
understand any of these statements or warnings, it is incumbent upon you to summon a superior officer, special
prosecutor, federal judge, or other competent legal counsel to immediately explain to you the significance of this
presentment as per your duties and obligations in respect to this private, formal, notarized, registered Statute
Staple Securities Instrument. As per Title 11 USC 501(a), 502(a), 11 USC 7001, 7013, and Federal Rules of
Civil Procedure Sections 8-A, AND 13-A, the claim or presumption that I, Kenneth-James: Boone, am a DEBTOR
to the "UNITED STATES" or any of its agencies or sub-corporations is forever rebutted by this contract. This
rebuttal is a counterclaim in Admiralty.

(3)   Your Failure to timely do so leaves you in the position of accepting full responsibility for any and all liabilities for
monetary damages, as indicated herein, that I incur by any adversely affecting injuries caused by your overt or
covert actions, or the actions of any of your fellow public officers and agents in this or any other relevant matters
as described herein. You have thirty (30) days, from the date that this document is received by the Clerk of the
Public Record, to respond and rebut the presumptions of this contract by submitting to me signed, certified,
authenticated documents of the laws that rebut these presumptions point by point, On and For the Record under
penalties of the law including perjury. This document will be on file in the public record; and the clerk in charge
of the public record is charged to distribute this to any and all responsible parties, i.e., officers of the court, and/or
law enforcement officers including local, state, federal, international, multi-jurisdictional, or any and all officers,
representatives, contractors, agencies, or any such entity or person that may bring any type of action, whether
civil or criminal or other, against me, and whether in this county, state, region, area, country, corporation, federal
zone, or in any venue and/or jurisdiction. Your failure to timely rebut the statements and warnings herein
constitute your complete, tacit agreement with all statements and warnings contained herein. Your presumptions
that I, the undersigned, am a "Corporate Fiction" or "Legal Entity" and under your corporate "UNITED STATES"
jurisdiction are now and forever rebutted.

4)   I, the undersigned, tendering this document, am a Private People of Posterity; a Sovereign Personam Sojourn;
by fact; not a 14th amendment citizen or surety within; or subject for; or allegiance to; your corporate "UNITED
STATES"; or to any de facto, compact, corporate, commercial states contracting therein; only to the "united
States of America," nonetheless carrying with me exclusive, original, sovereign jurisdiction and venue having
one supreme court and United States Court of International Trade. This is a matter of public record, tendered by

                                                                  0715197447376-LND-KJB

way of certified mail to NEW YORK SECRETARY OF STATE. These pages are recorded upon liber records and books in the REGISTRAR OF DEEDS offices including, but not limited to ERIE COUNTY, NEW YORK.

(5) I, the undersigned, now tendering this legally binding Legal Notice and Demand in hand am not a surety under your jurisdiction nor a subject under your corporate veil "Color of Law Venue," being acknowledged by silence and acquiescence of Cesar Perales, respectfully New York SECRETARY OF STATE, also but not limited to any public officers, agents, contractors, assigns, employees, and subsidiaries of your office, regarding my Legal Notice and Demand tendered by certified mail with liber book number and page affixed.

(6) Silence of Corporate Office SECRETARY OF STATE ratifies severances of any nexus or relationship to de facto, corporate, commercial state offices; being fraudulent conveyance by operating under "Color of Authority" upon affiant. Let this be known by the "Good Faith (Oxford) Doctrine" to all men and women. I do not consent to any warrantless searches, or searches that are not compliant with the "Constitution for the united States of America" and/or all of the amendments of the Honorable "Bill of Rights," whether of my dwellings, cars, land craft, watercraft, aircraft, me, mine, current location, property, hotel rooms, apartments, business records, businesses, or my machinery, vehicles, equipment, supplies, computer equipment, buildings, grounds, land in my private possession or control, past, present, and future, now and forevermore, so help me God.

(7) By this record let it be known that I do not at any time waive any rights or protections, as acknowledged by the aforementioned Constitution and/or Honorable "Bill of Rights," nonetheless, demanding that you protect these as you swore an oath to do so. I accept your lawfully required Oath of Office, bonds of any type, insurance policies, and property of any type for my protection and making whole. Furthermore, should you witness any public officers at this time, or any time past, present, or future violating any of my rights or protections, it is your sworn duty (of oath) to immediately arrest, or have them arrested. You are legally required to charge them as you should any law breaker, regardless of officer's title, rank, uniform, cloak, badge, position, stature, or office; or you shall henceforth be accountable for monetary damages from, but not limited to, your monetary liability, your corporate bond, your law-required private bond, compensatory costs, punitive procurements, and sanctioned-by-attorney attributions.

(8) Note: A true and correct, notarized copy of this Statute Staple Securities Instrument is safely deposited in the REGISTRAR OF DEEDS office in ERIE COUNTY, New York. It is my policy to present this document to any officer, agent, or representative that has any interaction with me. I have a lawful right to travel, by whatever means, via land, sea, or air, without any officer, agent, employee, attorney, or judge willfully causing adverse affects or damages upon me by an arrest, detainment, restraint, or deprivation. I will be granted the status and treatment of a foreign Sovereign, a foreign diplomat, by all customs' officials. This document or the deposited copy becomes an evidentiary document certified herein, as if now fully reproduced, should any court action be taken upon me as caused by your acts under color of law with you, your officers, and employees. Take note: You are now monetarily liable in your personal and corporate capacity. I, Kenneth James Boone, Free man, the undersigned, a Sovereign, notwithstanding anything contrary, abide by all laws in accordance with the aforementioned Constitution and Honorable "Bill of Rights" which are applicable to Sovereigns. I, Kenneth James Boone, wish no harm to any man. You agree by your non-response to uphold my "Right to Travel"; or you must rebut my presumption by lawfully documented evidence in law On and For the Record, Under Oath and penalty of perjury, within the thirty (30) days as aforementioned in this Admiralty Contract.

(9) BE WARNED, NOTICED, AND ADVISED that I rely upon, in addition to constitutional limits of the "Constitution for the united States of America" and/or the Honorable "Bill of Rights," governmental authority, the rights and protections guaranteed under Uniform Commercial Codes, common equity law, laws of admiralty, and commercial liens and levies pursuant to, but not limited, to Title 42 (Civil Rights), Title 18 U.S.C.A. (Criminal Codes), Title 28 U.S.C.A. (Civil Codes), and additional New York constitution penal codes, in as much as they are in compliance with the aforementioned Constitution and/or "Bill of Rights." There can be no violation of any of these laws unless there is a victim consisting of a natural, flesh and blood man or woman who has been damaged. When there is no victim, there is no crime or law broken. Unless this is rebutted within the time limit contained herein, and the conditions of the rebuttal are met, you, or any representative in any capacity of any agency, government, corporation, or the like, agree to abide by this contract anytime that you interact with me. I, Kenneth James Boone, Free man, the undersigned, am of lawful majority age, clear head, and sound mind.

(10) Remember, you took a solemn binding oath to protect and defend the original "Constitution for the united States of America" (1787) adopted circa 1791. Violations of said oath are perjury, being a bad-faith doctrine by constructive treason and immoral dishonor. I accept said Oath of Office that you have sworn to uphold. I declare that any and all presumptions that I am a citizen, subject, resident, participant, legal entity, straw-man, fiction, or any such thing, of any and all jurisdictions of the UNITED STATES OR ANY OF ITS SUBDIVISIONS, AGENCIES, ENTITIES, DEPARTMENTS, SUBSIDIARIES are now and forever rebutted. You may rebut my presumptions by submitting certified copies of lawful documents that have been certified by a New York state's attorney while under oath and on the official record and under penalty of perjury and waiving all immunities from prosecution. You have thirty (30) days to rebut my statements as indicated herein; or my statements will stand as true, lawful, and legal in all of your courts and/or hearings.

0715197447376-LND-KJB

(11) This legal and timely notice, declaration, and demand is prima facie evidence of sufficient Notice of Grace.  The terms and conditions of this presentment agreement are a quasi-contract under the Uniform Commercial Code and Fair Debt Collection Practices Act.  These terms and conditions are not subject to any or all immunities that you may claim, should you in *any* way violate my rights or allow violations by others. Your corporate commercial acts against me or mine and your failures to act on behalf of me or mine are ultra vires and injurious by willful and gross negligence.

(12) The liability is upon you, and/or your respondeat superior, and upon others including any and all local, state, regional, federal, multijurisdictional, international, and/or corporate agencies, and/or persons of the foregoing, involved directly or indirectly with you via any nexus acting with you; and said liability shall be satisfied jointly and/or severally at my discretion.  You are sworn to your Oath of Office, and I accept your Oath of Office and your responsibility to uphold the rights of me and mine at all times.

## BILLING COSTS ASSESSED WITH LEVIES AND LIENS UPON VIOLATIONS SHALL BE:

(13) **Unlawful Arrest, Illegal Arrest, or Restraint, or Distraint, Trespassing/Trespass, without a lawful, correct, and complete 4th amendment warrant:** $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

**Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Violation of the Right of Freedom of Speech, Conspiracy, Aiding and Abetting, Racketeering, or Abuse of Authority** as per Title 18 U.S.C.A., §241 and §242, or definitions contained herein: $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

**Assault or Assault and Battery without Weapon:** $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

**Assault or Assault and Battery with Weapon:** $3,000,000.00 (Three Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

**Unfounded Accusations by Officers of the Court, or Unlawful Determination:** $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

(14) **Denial and/or Abuse of Due Process:  $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.**

**Obstruction of Justice:** $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

**Unlawful Distraint, Unlawful Detainer, or False Imprisonment:** $5,000,000.00 (Five Million) lawful US Silver Dollars, per day, per occurrence, per officer, or agent involved, plus 18% annual interest.

**Reckless Endangerment, Failure to Identify and/or Present Credentials and/or Failure to Charge within 48 (Forty-Eight) Hours after being detained:**  $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer, or agent involved.

**Counterfeiting Statute Staple Securities Instruments:** $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer, or agent involved.

(15) **Unlawful Detention or Incarceration:** $2,000,000.00 (Two Million) lawful US Silver Dollars, per day, per occurrence, per officer, or agent involved.

**Incarceration for Civil or Criminal Contempt of Court without lawful, documented-in-law, and valid reason:** $2,000,000.00 (Two Million) lawful US Silver Dollars per day, per occurrence, per officer, or agent involved.

**Disrespect by a Judge or Officer of the Court:** $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer, or agent involved.

**Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court:** $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer, or agent involved.

**Unnecessary Restraint:** $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

**Violation of Rights:** $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

0715197447376-LND-KJB

**Refusal of Lawful Bailment as provided by the aforementioned Constitution and/or Honorable "Bill of Rights":** $2,000,000.00 (Two Million) lawful US Silver Dollars per day of confinement, to be prorated by the hour as per Traficant vs. Florida, per occurrence, per officer, per agent involved.

**Coercion or Attempted Coercion of the Natural Man or Woman to take responsibility for the Corporate Strawman against the Natural Man or Woman Secured Party's Will:** $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer or agent involved.

**The Placing of an Unlawful or Improper Lien, Levy, Impoundments, or Garnishment against any funds, bank accounts, savings accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property belonging to the Natural Man or Woman Secured Party by any agency:** $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, and $100,000.00 (One Hundred Thousand) lawful US Silver Dollars per day penalty until liens, levies, impoundments, and/or garnishments are ended and all funds reimbursed, and all property returned in the same condition as it was when taken, with 18% annual interest upon the Secured Party's declared value of property.

**Destruction, Deprivation, Concealment, Defacing, Alteration, or Theft, of Property,** including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Natural Man or Woman Secured Party will incur a penalty of total, new replacement costs of property as indicated by Owner and Secured Party, including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like, kind, and/or quality, and quantity as affected items. The list and description of affected property will be provided by the Owner and Secured Party and will be accepted as complete, accurate, and uncontestable by the agency or representative thereof that caused such action. In addition to the aforementioned cost, there will be a $200,000.00 (Two Hundred Thousand) lawful US Silver Dollars per day penalty until property is restored in full, beginning on the first day after the incident, as provided by this contract.

## CAVEAT

(16)   The aforementioned charges are billing costs deriving from, but not limited to, Uniform Commercial Codes and Fair Debt Collection Practices Act and this contract. These charges shall be assessed against persons, governmental bodies, and corporate entities supra, or *any* combination thereof when they individually and/or collectively violate my natural and/or civil rights as an American by declaration. The aforementioned Constitution and/or the Honorable "Bill of Rights" establishes jurisdiction for you in your normal course of business. All violations against me, the undersigned, will be assessed per occurrence, per officer, representative, or agent of any agency that is involved in any unlawful action against me.

(17)   By your actions, you shall lack recourse for all claims of immunity in *any* forum. Your officers' knowing consent and admission of perpetrating known acts by your continued enterprise is a violation of my rights. This **Statute Staple Securities Instrument** exhausts all state maritime Article 1 administrative jurisdictions and protects my Article III court remedies including but not limited to Title 42 U.S.C.A., Title 18 U.S.C.A., Title 28 U.S.C.A., and Title 18 U.S.C.,§ 242.

## IGNORANCE OF THE LAW IS NO EXCUSE!

(18)   I, one Kenneth-James: Boone, Free man, the undersigned, am the principal; and you are the agent! Fail not to adhere to your oath, lest you be called to answer before one God and one Supreme Court Exclusive Original Jurisdiction, which is the court of first and last resort, not excluding my "Good Faith (Oxford) Doctrine" by my conclusive Honorable "Bill of Rights."

(19)   This **Statute Staple Securities Instrument** is not set forth to threaten, delay, hinder, harass, or obstruct, but to protect guaranteed Rights and Protections assuring that at no time my Unalienable Rights are *ever* waived or taken from me
against my will by threats, duress, coercion, fraud, or without my express written consent of waiver. None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone. The statements contained herein are to notice any persons, whether real or corporate, of their potential, personal, civil, and criminal liability if and when they violate my Unalienable Rights as protected by the original Constitution of 1787, adopted circa 1791, and/or the Honorable "Bill of Rights." A bona fide duplicate of this paperwork is safely archived with those who testify under oath that it is my standard policy to ALWAYS present this notice to *any* public or private officer attempting to violate me and my rights. It is noted on the record that by implication of said presentment, this notice has been tendered by way of certified mail to New York SECRETARY OF STATE Cesar Perales. This is prima facie evidence of your receipt and acceptance of this presentment in both your corporate and individual capacity, jointly and severally for each and all governmental, political, and corporate

0715197447376-LND-KJB

bodies.  Any other individuals who have been, are, or hereafter become involved in the instant actions or any future actions against me shall only correspond to me in writing while signing under penalty of perjury pursuant but not limited to Title 28 U.S.C.A. § 1746.  This document is now on record in the REGISTRAR OF DEEDS office in ERIE COUNTY, New York, supra.

0715197447376-LND-KJB

## SUMMATION

(20)   Should you move against me in defiance of this presentment, there is no immunity from prosecution available to you or to *any* of your fellow public officers, officials of government, judges, magistrates, district attorneys, clerks, or *any* other persons who become involved in the instant actions, or *any* future actions, against me by way of aiding and abetting.  Take due heed and govern yourself accordingly.  Any or all documents tendered to me, lacking bona fide wet ink signatures or dates per title 18 U.S.C.A. § 513-514, are counterfeit security instruments causing you to be liable in your corporate and individual capacity by fraudulent conveyance now and forevermore.  If and when you cause any injury and/or damages to the Natural Man or Woman Secured Party by violating any of the rights, civil rights, privileges, or any terms herein, you agree to voluntarily, with no reservation of rights and defenses, at the written request of the Natural Man or Woman Secured Party, surrender, including but not limited to, any and all bonds, public and/or corporate insurance policies, and CAFR funds as needed to satisfy any and all claims as filed against you by the Natural Man or Woman Secured Party.  This applies to any and all agents, or representatives, individually and severally, of the "UNITED STATES" or any of the subdivisions thereof, as described herein.

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

(21)   **This document cannot be retracted by *any* employee, agent, representative, or officer of the court, or any individuals, excluding the Natural Man or Woman Secured Party on this registered document, for one hundred years from the date on this legally binding Statute Staple Securities Instrument.**

Attention: All  Agents, Representatives, Officers, and/or such, of the "UNITED STATES" or its subdivisions including local, state, federal, and/or international or multinational governments, corporations, agencies, and the like: You have thirty (30) days to rebut any portion of this document, or you stand in total agreement.  Non response is agreement.  Partial response is agreement.  Rebuttal must be in written form with legal/lawful, verified, certified documentation in law, with copies of said law enclosed. This documentation must be provided under penalty of perjury.  **Notice to Agent is Notice to Principal.  Notice to Principal is Notice to Agent. Ignorance of the law is no excuse.**

(22)   All other corporations including but not limited to telephone companies, cable companies, utility companies, contractors, builders, maintenance personnel, investors, journeymen, inspectors, law enforcement officers, officers of the court, manufacturers, wholesalers, retailers, and all others, including  all persons, are bound by all paragraphs, terms, and conditions herein regardless of nature of limited liability corporations or affiliations as "D/B/As," "A.K.A.s," incorporations, or any types of businesses in commerce as deeded by this securities agreement and decree.

(23)   **YOU ARE NOTICED** having been given knowledge of the law and your personal financial liability in event of *any* violations of my rights and/or being.  This **Statute Staple Securities Instrument** now in your hand constitutes timely and sufficient warning by good faith, notice, and grace.

(24)   Dated this 5ᵗʰ day of June, in the year of our Lord, two thousand fifteen. This contract being of honor is presented under the **"Good Faith (Oxford) Doctrine."**  I accept the Oath of Office of all officers of the court, including but not limited to the clerk of the court; all judges and attorneys from all jurisdictions; all local, state, federal, international law enforcement officers, and all agents of the "UNITED STATES" or any subdivisions thereof.

(25)   Any agent, law enforcement officer, employee, contractor, representative, or the like of the "UNITED STATES" or any of its subsidiaries or sub-corporations, SHALL NOT ENTER, AT ANY TIME, FOR ANY REASON, ANY PROPERTY AT WHICH I AM LOCATED, or LEASE, OWN, or CONTROL, WITHOUT MY EXPRESS WRITTEN PERMISSION. Violation of this notice will be considered criminal trespass and will be subject to a $2,000,000.00 (Two Million) lawful US Silver Dollar penalty plus damages, per violation, per violator.

(26)   Attention: Any and all lending institutions, brokerage firms, credit unions, depository institutions, insurance agencies, credit bureaus, and the officers, agents and employees therein: You have now been notified of the law as to your corporate and individual financial liability in the event of any violations upon the rights and/or being of Kenneth-James: Boone. This **Statute Staple Securities Instrument** constitutes timely and sufficient warning

0715197447376-LND-KJB

by Good Faith Notice of your liability regardless of your political affirmations. All penalties contained herein will be subject to a penalty increase of $1,000,000.00 (One Million) lawful US Silver Dollars per day, plus interest, while there is any unpaid balance for the first thirty (30) days after default of payment. This penalty will increase by 10% per each day until balance is paid in full, plus 18% annual interest, beginning on the thirty-first (31st) day after default of payment. All penalties in this document are assessed in lawful money and are to be paid in one troy ounce US Silver Dollars that are .999 fine silver or equivalent par value if paid in legal tender or fiat paper money. Par value will be determined by the value established by a one troy ounce .999 fine silver coin at the US MINT, or by law, whichever is higher value at the time of the incident. Any dispute over the par value will be decided by the Secured Party, or his designee. All definitions in "Legal Notice and Demand Definitions" are included as a part of this contract and will be applied as written herein. Any dispute of any definition will be decided by the Secured Party. There is no contradiction of terms as written within the confines of this title pursuant to the "Constitution for the united States of America." If any contradiction is found, the meaning will be determined by the Secured Party. Definitions as they apply to this contract are enclosed in "Legal Notice and Demand Definitions" and are included as a legal part of this contract.

LS: _____ $UCC\ 1-308$ ____ 6/13/15
Kenneth-James: Boone, Secured Party Creditor    Date
Authorized Representative

0715197447376-LND-KJB

# LEGAL NOTICE AND DEMAND DEFINITIONS

1. **Unlawful Arrest:** Means restricting a man's or woman's right to move about freely without the proper use of a lawful 4th amendment warrant signed by a judge of competent jurisdiction while under oath.  This includes unnecessary use of restraint devices, traffic stops, raids, or any other type of interaction, when an officer is presented with and ignores a "Notice and Demand," "Public Servant's Questionnaire," "Right to Travel" Documents, or other documents notifying the officer of the sovereign, lawful rights of the Natural Man or Woman Secured Party, created by God, who is not to be confused with the Corporate Fiction "Strawman" which was created by the state.  This includes arrest when a Natural Man or Woman Secured Party is incarcerated for refusing to sign any citation; arrest due to contempt of court when he or she is not violent or a physical threat to the court; arrest by Internal Revenue Service for failure to produce books, records, or other documents; arrest and refusal of Habeas Corpus; arrest for conspiracy of any kind without lawfully documented affidavits from at least three (3) eye witnesses, signed under oath and penalty of perjury.

2. **Illegal Arrest:** Means same as above item # 1, "Unlawful Arrest."

3. **Unlawful Detention:** Means restraining a Natural Man or Woman Secured Party's freedom of movement, and/or Right to Travel, against his will for more than sixty (60) seconds without a properly authorized lawful 4th amendment warrant signed by a judge of competent jurisdiction while under oath.  This includes routine traffic stops, raids, random identification checks, security checks, only after the officer, agent, or representative has been notified by the Natural Man or Woman Secured Party of his status and after the officer has been given documents to prove said status, along with up to ten (10) minutes for officer to examine said documents.

4. **Unlawful Distraint:** Means seizure or taking of any property that is lawfully owned or in possession of the Natural Man or Woman Secured Party without proper probable cause, and/or due process, and lawful 4th amendment warrant.  This includes any seizure by any officer, agent, representative, in any capacity, or relationship with the "UNITED STATES" or any of its agencies, contractors, subdivisions, subsidiaries, or the like.

5. **Lawful 4th Amendment Warrant:** Means a warrant that follows the provisions of the 4th amendment to the original "Constitution for the united States of America."  This warrant must not deter from the exact procedures as outlined by the 4th Amendment.

6. **Right to Speedy Trial:** Means trial will commence within 90 days of the date of arrest.

7. **Interstate Detainer:** Means the same as unlawful detainer as when involving a Natural Man or Woman Secured Party and involving more than one agency or state of the corporation, or any representative, agent, or officer who has any agreement with, contract with, or permission to act on behalf of any municipal corporation of the "UNITED STATES" or any subsidiary or sub-corporation thereof.

8. **Unlawful Restraint:** Means any action by any officer, agent, representative, contractor, associate, officer of the court, or the like, to prevent, coerce, intimidate, hinder, or in any way limit the right of a Natural Man or Woman Secured Party from any type of freedom of legal/ lawful speech, travel, movement, action, gesture, writing, utterance, or enjoyment of any right or privilege that is commonly enjoyed by any member of the public, or any Sovereign.

9. **Freedom of Speech:** Means the right to speak open and plainly without the fear of reprisal.  This includes the right of a Natural Man or Woman Secured Party to speak at hearings and trials, before magistrates, judges, and officers of the court, agents, representatives, or the like, of the "UNITED STATES." It also means that no attempt to suppress this right will be made by any officer of the court or of the "UNITED STATES" corporation.  No judge or officer of any court or tribunal will threaten contempt of court for free speech by any Natural Man or Woman Secured Party.

10. **US Dollars:** Means the currently recognized medium of exchange as used by the general public at the time of offense, at par value, equal to a one ounce silver dollar equivalent per each dollar unit, as represented in a claim. All claims and damages will be paid at par value as indicated.  Par value will be established by written law or the value established by the US MINT, whichever is higher at the time of the offense, for the purchase of an official, one troy ounce, .999 fine silver coin.

11. **Obstruction of Justice:** Means any attempt by any officer of the court or representative of any agency that represents the "UNITED STATES," or any of its subdivisions, agencies, contractors, etc., to deprive, hinder, conceal, coerce, or threaten a Natural Man or Woman Secured Party in an attempt to prevent any and every opportunity to legally/lawfully defend himself by attempting to produce and file lawful documents and or testimony to agents, officers, judges, magistrates, the court, clerk of the court, representatives, or investigators in order to settle any legal/lawful controversy.  This also includes any attempt by a judge or officer of the court to hinder the Natural Man or Woman Secured Party from filing, recording, admitting, presenting, discussing, questioning, or using any evidence, document, paper, photographs, audio and/or video recordings, or any other type of evidence that he desires to submit as evidence in any type of court proceeding.  The determination of what is evidence

0715197447376-LND-KJB

and what will be admitted is to be solely determined by the Natural Man or Woman Secured Party.  Any evidence will be tried on merits of the lawful content and validity.  Any judge or officer of the court who attempts to suppress or dismiss legal or lawful evidence will voluntarily surrender all bonds, insurance, property, corporate property, bank accounts, savings accounts, or any corporate property of value to the Natural Man or Woman Secured Party upon written demand and surrender all rights to and defenses against said property.  This also includes evidence that is supported by case law.  This includes attempts by any officer of the court to make motions, to issue orders such as gag orders, or to use any other means of keeping information suppressed from the public or the official record.  The determination of whether the acts of the court are an attempt to suppress evidence will be solely determined by the Natural Man or Woman Secured Party.  This also includes the provision as indicated in item # 18 "**Racketeering**."

12.  **Excessive Bail**:  Means any amount of bail set at an unreasonable rate as per the 8th amendment of the "Constitution for the united States of America."  This also means bail in excess of the amount of the fine, penalty, or penal sum that is associated with the alleged crime committed.  This also means that if a Natural Man or Woman Secured Party has lived as an upstanding member in a community or area for more than one year, works a regular job, or is a member of or involved with a church group, civic group, community enterprise, or can produce at least two affidavits from members of his community or area stating that he is involved with his community, he cannot be held without bail as a flight risk or a threat to society.  If the Natural Man or Woman Secured Party can produce at least four (4) affidavits stating that he lives, works, and is involved in his community, or the prior community in which he lived, he must be released on his own recognizance without any bail required.  This provision does not apply to anyone charged with rape, murder, or violent crimes.

13.  **Cruel and Unusual Punishment**: Means physical violence of any type or form that is used against a Natural Man or Woman Secured Party and that causes invisible or undetectable or visible physical injury, e.g., marks, scrapes, scratches, bruises, abrasion, avulsions, fractures, sprains, restraint marks, dislocations, punctures, cuts, loss of blood, loss of body fluids, etc.  This includes any other type of physical stress to the body or any chemically-induced, altered mental state of the Natural Man or Woman Secured Party.  This also includes any attempt to incarcerate; restrain; question; detain; withhold food when requested; withhold drink when requested; withhold medications as requested; withhold use of  bathroom facilities and supplies when requested; withhold reading and writing materials; withhold communication with friends, family, legal counsel, and religious counsel; withhold legal library and internet access; withhold proper clothing as needed for comfort; withhold blankets when requested; withhold hot and cold water for showers; withhold freedom when requested.  This also includes ridicule, coercion, threats, verbal insults, rude and offensive language, veiled threats, or any other type of mental stress or anguish.

14.  **Conspiracy**: Means the cooperation of two or more persons working together to restrict, suppress, inhibit, or in any way deprive a Natural Man or Woman Secured Party of any right, benefit, or privilege that would ordinarily be offered by the "Constitution for the united States of America" and the Honorable "Bill of Rights" to any member of the general American public, or to a Sovereign.  This also includes the provisions in item # 18, "**Racketeering**."

15.  **Victim**: Means any Natural Man or Woman Secured Party who has received direct damages to himself or his property as the result of an unlawful or illegal act by another.

16.  **Victimless Laws**: Means any law that is passed or presumed to be passed that creates a violation of law in which no Natural Man or Woman has been damaged.  This includes any statute, ordinance, regulation, policy, or color of law provision.  These types of laws will not be used in any action, of any kind, against any Natural Man or Woman Secured Party.

17.  **Aiding and Abetting**: Means the efforts of any officer, agent, or representative of the "UNITED STATES" or officer of the court to assist another of the same to hinder, coerce, restrict, resist, suppress, or deprive in any way, a Natural Man or Woman Secured Party from receiving any and all rights, benefits, or privileges, as provided by the "Constitution for the united States of America," and/or the Honorable "Bill of Rights," or that would normally be offered to the general American public, or to a Sovereign.  This also includes the provisions as provided in item # 18 "**Racketeering**" and suppression of evidence.

18.  **Racketeering**: Means any attempt by any two or more officers of the corporation to restrict, suppress, coerce, manipulate, inhibit, or in any way deprive a Natural Man or Woman Secured Party from receiving every right, benefit, or privilege that is outlined by the "Constitution for the united States of America," and/or the Honorable "Bill of Rights."  This also includes any effort by the officers of the court to hinder in any way the introduction of evidence, law, facts, affidavits, statements, witness testimony, or any information that is considered relevant by the Natural Man or Woman Secured Party, or any attempt to prevent a jury from hearing this evidence.  This also includes any attempt to prevent this evidence from being heard in a public forum and before any and all members of the general public, as many as can be accommodated by the main courtroom.  All hearings, tribunals, or trials will be held in a public place; and any and all members of the general public will be allowed to attend, without restriction.  This also includes questioning and/or interrogation by police officers before, during, and after an arrest.

0715197447376-LND-KJB

19. **Federal Zone:** Means any land, property, building, area, zone, 911 zone, or postal zone that is presumed to be within the territorial jurisdiction of the "UNITED STATES" or any of its representatives as defined herein. This does not include any land, property, building, structure, dwelling, area, zone that is held by deed, title, warranty deed, contract, or any written or verbal agreement, or any such thing by a Natural Man or Woman Secured Party who is located outside of THE DISTRICT OF COLUMBIA and WASHINGTON, D.C. proper. All privately held properties of any type that are being held by any Natural Man or Woman Secured Party are excluded from any federal zone or any jurisdiction of any representatives of the "UNITED STATES" or any of its territories. This is fact and may be presented in any court by affidavit of any Natural Man or Woman Secured Party of interest involved in any interaction with the "UNITED STATES" or any of its representatives, as outlined in this contract.

20. **State:** Means any of the forty-eight areas known as states of the "united States of America" which is not the same as the "UNITED STATES" corporation. These forty-eight states are designated by Upper and Lower Case spelling of the name of each state, vs. UPPER CASE spelling. The ALL UPPER CASE NAME denotes a STATE that is a part of the "UNITED STATES" corporation, whereas the spelling of the Upper and Lower Case Name denotes that it is not a part of the "UNITED STATES." This will be determined by the Natural Man or Woman Secured Party as a condition of this contract. The Natural Man or Woman Secured Party will also determine whether or not his state is a part of the jurisdiction of the "UNITED STATES"; and his decision shall not be challenged by any representative of the "UNITED STATES." The Natural Man or Woman Secured Party will determine if the alleged offense occurred within the limits of the "UNITED STATES." A violation of this provision will be Unlawful Determination and punishable as indicated by this contract agreement.

21. **Trespassing/Trespass:** Means the entry into or onto the domain, property, residence, area, location, grounds, dwellings, buildings, barns, sheds, factories, warehouses, garages, shops, caves, structures, lands, storage areas, tunnels, automobiles, trucks, safe houses, underground shelters, automobiles, motor vehicles, recreational vehicles, boats, planes, trains, ships, containers, vans, heavy equipment, farm implements, culverts, driveways, trees, yards, real property, real estate, land, etc., of the Natural Man or Woman Secured Party without his express written permission, or without a lawfully executed (4th) amendment warrant. Any and all agents or representatives of the corporation will fully and completely observe any and all protections as outlined in the "Constitution for the united States of America" and/or the Honorable "Bill of Rights." Any personal property that is damaged, lost, stolen, or misplaced, etc., will be recoverable as indicated in this Notice and Demand document. I solemnly swear and affirm that I do not have any illegal contraband on my property; I have never had any illegal contraband on or around my property and never will. Any contraband, if it is found on my property, would have been placed there by the officers or agents during the time of trespass. I simply do not allow it on my property. Contraband or illegal items if they are found in a search do not belong to me and may not be used in any attempt in any claim against me. Any and all officers, agents, and representatives of the corporation will be held individually liable for the full amount of damages as outlined in this Notice and Demand document for trespassing.

22. **Natural Man or Woman Secured Party:** Means any flesh and blood, living, breathing Man or Woman, created by God, who notifies any representative of the corporation, verbally or in writing, that he is a Sovereign, Non "UNITED STATES" corporate citizen, free man or free woman, and not subject to the jurisdiction of the corporation or any of its representatives. This is not to be confused with the Fictitious Legal Entity that was created by the state and is represented by an ALL CAPITAL LETTER NAME. Any attempt to notify any officer, agent, or representative of the status of the Natural Man or Woman Secured Party will be sufficient notice. Sufficient notice will be determined by oath, statement, or affidavit by the Natural Man or Woman Secured Party; and the validity of such will not be challenged by any officer of the court.

23. **County or City:** Means any subdivision of any state of the "united States of America." This subdivision excludes any jurisdiction, zone, or territory of the "UNITED STATES" corporation that is described by the Natural Man or Woman Secured Party in ALL CAPITAL LETTERS. Any dispute over any errors contained in spelling or grammar will be resolved at the discretion of the Natural Man or Woman Secured Party and will not be challenged by any representative of the corporation.

24. **Agency, Entity, Department, Subdivision, Subsidiary, Contractor, Employee, Inspector, Investigator, Organization, Officer, Agent, Authorized Representative, Policeman, Participant:** Means any person, corporation, or entity of any kind which works for, is compensated all or in part by, receives funds from, collects funds for, contracts with, receives any benefit from, receives any privilege from, participates with, has allegiance to, or in any way has a relationship with the "UNITED STATES" or any of its subsidiaries, sub-corporations, departments, or agencies, etc.

25. **Contract:** Means any agreement in writing that has been offered for review and acceptance by another party wherein the offering party has ten (10) days or more, or as stipulated in the contract, to review, respond, accept, or rebut any provisions of the contract as indicated in the contract. Non response on the part of the receiving party or agent of the receiving party will be a lawful offer and acceptance of all the terms and conditions contained in said contract. Rebuttal by the receiving party of any provision of the contract by any other means than is indicated in the contract will be non response. Return of the contract unopened and/or without review will be

0715197447376-LND-KJB

acceptance of all conditions of said contract. Recording the contract with the clerk of court or any public records officer will be a lawful offer and notification and will be presentment to all officers of the court in that state or county. **Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.**

26. **False Imprisonment:** Means any attempt by any officer of the court or corporation to incarcerate any Natural Man or Woman Secured Party against his will and/or against any and all protections of the laws and provisions of the "Constitution for the united States of America" and/or the Honorable "Bill of Rights".

27. **Representative:** Means any agent, agency, department, officer, investigator, entity, subsidiary, sub-corporation, contractor, employee, inspector, individual, or corporation that has any affiliation or association with, collects or distributes funds for, does any task for, receives any benefit or privilege from, of, or for the "UNITED STATES." This includes anyone or anything that represents the interests of, or is being funded by, or receives funds from, or has any attachment to the "UNITED STATES" or any of its subdivisions or sub-corporations.

28. **Corporation:** Means any representative, agency, sub-corporation, contractor, or any person or entity that is employed by, receives or distributes funds for, receives any benefit or privilege from, or has any relationship of any kind with the "UNITED STATES" corporation.

29. **Interpretation:** Means if any conflict arises concerning the definition of any of the terms and/or conditions of this contract, the conflict concerning the meaning of the term or condition will be decided by the Natural Man or Woman Secured Party. His decision will be final and not subject to review or argument. No liability or penalty will be incurred by the Natural Man or Woman Secured Party due to his interpretation of such terms and or conditions.

30. **Corporate Capacity:** Means acting for, or on behalf of, a corporation, or government entity, while under law or color of law.

31. **Legal Counsel:** Means anyone that a Natural Man or Woman Secured Party chooses to have as legal assistance of counsel, whether counsel is licensed or not, or a member of the Bar Association. Counsel may assist, represent, speak on behalf of, write cases for, or perform any act in or out of court for the Natural Man or Woman Secured Party without any hindrance, threat, prosecution, charge, repercussion, etc., from any officer of the court, or representative of the "UNITED STATES" corporation, or any representative, officer, or agent thereof.

32. **Abuse of Authority:** Means anyone who denies, withholds, refuses, deprives, limits, inhibits, counteracts, conceals any right, benefit, protections, or privilege, as protected by the "Constitution for the united States of America" and/or the Honorable "Bill of Rights." This includes arrest or detainment without documented evidence that a lawful crime has been committed by the Natural Man or Woman Secured Party. This includes use of restraint devices on a Natural Man or Woman Secured Party and/or physical abuse that makes or does not make any marks, scars, cuts, abrasions, or the like. This also includes denial of lawful Due Process, Habeas Corpus, Excessive Bail, Unlawful Arrest, Unlawful Detention, or the like, as outlined in this contract.

33. **Verbal Abuse:** Means the use of offensive and/or threatening, spoken words, body language, and non-verbal gestures or actions by any representative of the corporation as defined herein upon a Natural Man or Woman Secured Party. If a controversy arises about an incident, the version told by the Natural Man or Woman Secured Party will be accepted as truth and will not be contested.

34. **Assault and Battery with Weapon:** Means any actual, threatened, or perceived use of any weapons, by any representative of the "UNITED STATES" corporation, against the Natural Man or Woman Secured Party, that creates an atmosphere of fear for the Natural Man or Woman Secured Party. This includes non lethal weapons such as tasers, stun guns, mace, pepper spray, any chemical used to incapacitate, rubber bullets, shock force weapons, electronic weapons, or any other type of weapon that may be used to control or to create fear. If a conflict arises about the events, the version told by the Natural Man or Woman Secured Party will be accepted as truth and will not be contested.

35. **Unfounded Accusations:** Means any accusation, charge, or claim, civil or criminal or in admiralty, that is alleged or made by any representative of the "UNITED STATES" corporation as defined herein that is not proven by written, documented evidence presented under oath and penalty of perjury by an authorized agent or representative of the corporation. The accuser has eight (8) hours to provide said documents to be reviewed and to put them into the possession of the Natural Man or Woman Secured Party; and failure to do so will be Unfounded Accusations and subject to the penalties contained herein.

36. **Encroachment:** Means to invade, intrude, or in any way prevent a Natural Man or Woman Secured Party the full and complete use of property, including trespass or impeding ingress or egress to the property of a Natural Man or Woman Secured Party; and to limit the ability of a Natural Man or Woman Secured Party to freely access, claim, hold, possess, use, convey, sell, rent, lease, barter, exchange, or in any way make full and unfettered use of his property. This includes the application of unlawful liens and encumbrances of any and all property including wages; salaries; stocks; bonds; bank accounts (foreign or domestic); savings accounts; contents of safety deposit boxes; gold; silver; notes; insurance funds; annuities; retirement accounts; social security benefits;

0715197447376-LND-KJB

motor vehicles; automobiles; recreational vehicles; land; real estate; homes; structures; roads; driveways; personal property of any kind that is held by title, deed, contract, lease, agreement (written or verbal), or is in possession of a Natural Man or Woman Secured Party. This includes, but is not limited to, traffic stops; searches of vehicles; home invasion; confiscation of any lawful property owned by, in possession of, or under the control of the Natural Man or Woman Secured Party.

37. **Assault and Battery without a Weapon**: Means the verbal abuse or physical contact, of any kind, upon a Natural Man or Woman Secured Party without his express voluntary written consent. If a conflict arises about the facts involving the incident, the version as told by the Natural Man or Woman Secured Party will be accepted as truth, without question, and will not be contested.

38. **Abuse of Due Process**: Means any action against a Natural Man or Woman Secured Party, when said action does not abide by all the rights and defenses contained in or represented by the "Constitution for the united States of America" and/or the Honorable "Bill of Rights." This includes any charge, or claim, civil or criminal, or in admiralty, that is alleged or made by any representative of the "UNITED STATES" corporation.

39. **Denial of Due Process**: Means any attempt by any officer of the court and or corporation to deny, deprive, restrict, prevent, or in any way inhibit the proper Due Process to any Natural Man or Woman Secured Party as outlined in the "Constitution for the united States of America" and/or the Honorable "Bill of Rights." Any public law, statute, regulation, ordinance, home rule, etc., that is incompatible with the aforementioned Constitution and/or Honorable "Bill of Rights" is null and void and will not be used in any action against any Natural Man or Woman Secured Party.

40. **Unlawful Detainer**: Means any attempt by any officer of the court or representative of the corporation to arrest, check, hinder, delay, possess, hold, keep in custody, restrain, retard, stop, withhold a Natural Man or Woman Secured Party without affording him every protection as outlined by the "Constitution for the united States of America" and/or the Honorable "Bill of Rights." Any public law, statute, regulation, ordinance or the like will be null and void and will not be used in any action in which a Natural Man or Woman Secured Party is involved.

41. **Reckless Endangerment**: Means any attempt by any officer of the court or corporation as defined herein to endanger, attempt or threaten to attempt to endanger the life or property of any Natural Man or Woman Secured Party. This includes dangerous driving in a car, use or threatened use of lethal or non lethal weapons or chemicals, improper use of restraint devices, use of restraint devices on a non-combative Natural Man or Woman Secured Party. If a conflict arises as to whether or not reckless endangerment has occurred, the version of the Natural Man or Woman Secured Party will be considered as truth.

42. **Failure to Respond**: Means any attempt by any officer or representative of the corporation to ignore, inhibit, withhold, delay, or deny a request for information from a Natural Man or Woman Secured Party.

43. **Failure to Charge within Forty Eight (48) Hours**: Means any attempt by any officer or representative of a corporation to delay, inhibit, prevent, or in any way stop a Natural Man or Woman Secured Party from being lawfully charged by the court within forty-eight (48) hours of arrest.

44. **Failure to Identify**: Means any time a Natural Man or Woman Secured Party has interaction with any officer or representative of the court or corporation, the officer or representative must, upon request of the Natural Man or Woman Secured Party, provide proper identification, written proof of authority, state what his business is with the Natural Man or Woman Secured Party, complete a "Public Servant's Questionnaire" in advance of arrest or detention, provide documentation properly identifying the officer or respondeat superior's name and contact information, and any other relevant information as requested by the Natural Man or Woman Secured Party. The officer may not detain the Natural Man or Woman Secured Party for more than ten (10) minutes while he obtains and provides this information.

45. **Counterfeiting Statute Staple Securities Instruments**: Means any attempt by any officer or representative of a corporation to copy, duplicate, replicate any document that has "Statute Staple Securities Instrument" typed, printed, or hand written anywhere on the document, without the express, written, voluntary permission of the document's owner who is the Natural Man or Woman Secured Party who filed said document in the public record, or is in possession of said document, or who is the maker of said document. If a dispute about permission to duplicate arises, the statements of the Natural Man or Woman Secured Party will be accepted as fact without question and will not be contested.

46. **Coercion or Attempt to Coerce**: Means any attempt by any officer or representative of a corporation to threaten, intimidate, deprive, conceal, or in any way prevent a Natural Man or Woman Secured Party from receiving and/or enjoying any right or privilege that is granted, outlined, or secured by the "Constitution for the united States of America" and/or the Honorable "Bill of Rights," or allow another to do so.

47. **Purchase Price**: Means the new replacement costs of items of property at the time of replacement. This includes locating, packing, shipping, handling, delivery, set up, installation, and any other fee associated with total replacement of property.

0715197447376-LND-KJB

48. **Destruction of Property:** Means any alteration, damage, deprivation, defacing, removing, changing, breaking, separating, removing parts from, erasing of files from, throwing, shooting, kicking, stomping, smashing, crushing, or the like of any property belonging to or in possession of the Natural Man or Woman Secured Party.

49. **Deprivation of Rights or Property:** Means the concealment of, keeping from, hiding of, obstructing of any rights, property, or privileges that are outlined or protected by the "Constitution for the united States of America" and/or the Honorable "Bill of Rights."

50. **Concealment:** Means withholding or keeping information that should normally be revealed, about property and/or rights from a Natural Man or Woman Secured Party. This includes keeping evidence or law from a jury that could favorably alter the outcome of a case to the benefit of the Natural Man or Woman Secured Party. No officer of any court or representative of any corporation may conceal any law and/or any evidence of any kind that is considered relevant by the Natural Man or Woman Secured Party, and/or fail to disclose any law that benefits the Natural Man or Woman Secured Party.

51. **Defacing:** Means the changing or altering the appearance of an item. This also includes changing or altering the meaning of laws, rights, property, documents, or any other thing that has value as determined by the Natural Man or Woman Secured Party.

52. **Constitution:** Means, for the purpose of this contract, "The Constitution for the united States of America" circa 1791, as opposed to the "Constitution of the UNITED STATES" corporation circa 1868.

53. **Bill of Rights:** Means, for the purposes of this contract, the original, Honorable "Bill of Rights" circa 1791.

54. **Rights and Defenses:** Means one's legal and/or lawful right and/or ability to defend himself in any action. Upon agreement, the defendant in an action may give up his right to defend himself in a given action. This includes tacit agreement or agreement by default; and the Natural Man or Woman Secured Party is never the defendant.

55. **Willingly:** Means that a Natural Man or Woman Secured Party is in full knowledge, understanding, agreement, and full consent, at all times, without fear of reprisal, threat, or coercion, during any interaction in which he is involved with any agent, officer, or representative of any court or corporation, including incorporated governments.

56. **Individual Capacity:** Means acting on one's behalf to do a thing. The officer, representative, agent, or the like may be acting under law or color of law and go outside of the capacity of the law and take on a personal liability.

57. **Artificial Person:** Means a fictitious entity that was created by the state for transacting commerce. This Artificial Man or Strawman is represented by the ALL CAPITAL LETTER NAME that appears to be spelled the same as the name of the Natural Man or Woman and the Natural Man or Woman Secured Party. When the Artificial Person is used in commerce by the Natural Man or Woman Secured Party, it is a transmitting utility.

58. **Agreement:** Means any contract which is expressed in writing by letters or marks, or expressed orally in spoken words or utterances by a Natural Man or Woman Secured Party. Any question of any agreement or contract will be resolved by an affidavit from the Natural Man or Woman Secured Party. His affidavit will be considered fact in any action or dispute, without question by any officer, agent, or representative of any corporation including incorporated governments.

59. **Unlawful Determination:** Means any statement, speech, gesture, writing, presentment, or the like that suggests an idea that negatively represents the character, actions, plans, procedures, customs, ways of a Natural Man or Woman Secured Party, or group of Natural Men or Women Secured Parties, that is not proven by documented, authorized, certified, evidence, on and for the record under penalty of perjury. This includes off color statements, accusations, or remarks by a judge or other officer of the court and any other representative of any corporation including incorporated governments.

60. **Statute Staple Securities Instrument:** Means an edict or proclamation from a Natural Man or Woman Secured Party.

61. **Clerk of the Public Record:** Means any clerk who records or files documents in the public record who is employed by a city, county, state, municipality, federal government, and/or international, multi-national, or multi-jurisdictional corporation, including incorporated governments.

62. **Public Record:** Means any document or record that is filed or recorded into the public record by the Natural Man or Woman Secured Party. For example, when this document is recorded at a Registrar of Deeds Office, it becomes a public record.

63. **Presumption:** Means legal assumption or inference that places the burden of proof or burden of production on the other party, but never on the Natural Man or Woman Secured Party. No presumption shall prevail against the Natural Man or Woman Secured Party without lawful, documented evidence that supports the presumption which is certified by the officers of the court, on and for the record under penalty of perjury.

64. **Unalienable Rights:** Means Natural Rights given by God as acknowledged by the Law of Nations and incorporated into the "Bill of Rights," such as, but not limited to, Right to Bear Arms; Freedom of Speech; Right

0715197447376-LND-KJB

to Trial by a Jury of one's Peers; Right to Due Process; Right of Habeas Corpus; Right to be Exempt from Levy as a Natural Man or Woman Secured Party Creditor; Right to be Secure in One's Private Papers and Effects.

65.  **Right to Travel:** Means the right to freely move about and/or control any type of craft by whatever means, via land, sea, or air, without any interference by any officer, agent, employee, attorney, or judge that in any manner willfully causes adverse affects or damages upon the Natural Man or Woman Secured Party by an arrest, inhibition, detainment, restraint, deprivation, prevention, etc.

66.  **Disrespect:** Means anything said or written to any Natural Man or Woman Secured Party, about him or his, that he does not like, including body language, or anything that makes him or any reasonable man uncomfortable or fearful.

67.  **The Placing or Filing of an Unlawful Lien, Levy, Garnishment, or Attachment:** Means any attempt by any officer, agent, or representative of a corporation to place a lien, levy, garnishment, or attachment on the property or collateral of a Natural Man or Woman Secured Party, herein referred to as Secured Party.  Any said officer, agent, or representative must first prove his authority to do so by lawfully documented evidence, furnishing all documents, forms, and papers as necessary to prove his authority to do so to a neutral, three (3) Notary Panel, hereinafter referred to as The Panel, selected by the Secured Party.  Said officer, agent, or representative must guarantee in writing that the officer, agent, or representative signing said documents will be personally liable for any damages due to his unlawful and/or illegal actions.  He must supply bonds or other lawful funds to be held in trust by The Panel until The Panel determines if any actions of the officer, agent, or representative have violated any laws or caused damage to the Secured Party.  The Panel will have the sole power to determine if any damage has occurred and will release the funds according to The Panel's adjudication.  The decision of The Panel will be final with no recourse.  The surety bonds and/or funds held in escrow by The Panel must be at least four (4) times the estimated value of the property that is liened, levied, garnished, or attached.  The assessment of value will be recorded via affidavit by the Secured Party and delivered to The Panel.  The Panel's determination and the assessment thereof will be accepted as truth without question or recourse.  Said officer, agent, or representative agrees to surrender, including, but not limited to, any and all surety bonds, public and/or corporate insurance policies, CAFR funds, or corporate property as needed to satisfy any and all claims and/or assessments as filed against said officer, agent, or representative by the Secured Party.  Said officer, agent, or representative agrees that any and all property or collateral with a current or existing lien will remain in the custody and control of the Secured Party until such time as a determination has been made by a jury of twelve of the Secured Party's Peers as defined herein.  In the event that a jury of twelve of the Peers cannot be convened or has not been convened within sixty (60) days from the date of the order of the lien, levy, attachment, or garnishment, any action against the Secured Party shall be dismissed with prejudice; and every lien, levy, attachment, or garnishment shall be released within ten (10) days and all property rights restored, unencumbered.  The officer, agent, or representative who has authorized said lien, levy, attachment, or garnishment agrees to surrender any and all surety bonds, public and/or corporate insurance policies, CAFR funds, or corporate property as needed to satisfy any and all claims and/or assessments as filed against said officer, agent, or representative by the Secured Party.

68.  **Peer:** Means a Natural Man or Woman Secured Party who has recorded into the public record documents to prove his sovereign status.

69.  **Ignore:** Means to refuse or in any way to deny a lawful request by the Natural Man or Woman Secured Party to have an officer, agent, or representative provide completed  legal documents.

70.  **Natural Man or Woman:** Means a flesh and blood, living, breathing, biological man or woman created by God, as represented by the Upper and Lower Case Name, including "Natural Man or Woman," or "Real Man," or "Real Woman," or "Real Man/Woman."  This is not to be confused with the Fictitious Legal Entity that was created by the STATE and that is represented by the ALL CAPITAL LETTER NAME.

71.  **DEBTOR:** Means the Fictitious Legal Entity that was created by the STATE and that is represented by the ALL CAPITAL LETTER NAME.

72.  **Sovereign:**  Means the Natural Man or Woman Secured Party, created by God; the free man or free woman who is not subject to the jurisdiction of the Corporation or any of its representatives; the free man or free woman who is the author and source of law; the one who retains sovereignty even while sovereign powers are delegated to the agencies of government; the one by whom and for whom all government exists and acts; the one who retains the fundamental rights to life, liberty, and the pursuit of happiness; the one who is never compelled to hold his life, or the means of living, or any material right essential to the enjoyment of life, at the mere will of another.

End of Definitions

0715197447376-LND-KJB

# Business Certificate
## (Assumed Name Certificate pursuant to General Business Law §130)

**I hereby certify** that I am conducting or transacting business under the name or

designation of   **KENNETH JAMES BOONE**
_____
(Name of Business)

at   c/o 1440 Jefferson Avenue, Suite 149    **Buffalo** , County of Erie, State
     _____(Address)_____       _(City/Town)_

of New York   14208 .
     _(Zip code)_

*(handwritten: Boone, Kenneth-James,j. of the family "Boone")*

My full name is   **Kenneth**    **J.**    **Boone**
    _(Print or Type Name) (First_      _Middle Initial_      _Last)_

I am _____ years of age.    *(Required ONLY if under 18 years of age)*

and I reside at   c/o 1746 Eggert Road, Amherst, New York, Republic; near [14226]
      _(Address)_       _(City/Town)_       _(State)_       _(Zip code)_

**I further certify** that I am the successor in interest to _____

_____

the person or persons previously using such name or names to carry on or conduct or transact business.

**In Witness Whereof,** I have signed this certificate on   **June 5, 2015** .
                                             _(Date)_

_(Signature)_

Print name:   **Kenneth-James; Boone** / *Boone, Kenneth-James*
                  _(Name should appear same as above)_

State of New York
County of Erie   } SS.:

On the   **5**   day of   **June** , **2015** before me, the undersigned, personally

appeared   **Kenneth-James; Boone**
_____
personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) acted, executed the instrument.

_____
_(Signature and office of individual taking acknowledgement)_

TIMOTHY N. HALL
Notary Public - State of New York
Reg. No. 01HA6271139
Qualified in Erie County
Commission Expires Oct. 29, 2016

Copyright
Registered click ©
Copyright Deposit

Copyright Owner Number
0031923

# Common Law Copyright Notice
## KJB-1992-CN

**Copyright Notice:** All rights reserved re common-law copyright and of trade-name/trade-mark, ™KENNETH JAMES BOONE, as well as any and all derivatives and variations in the spelling of said trade-name/trade-mark - Common Law Copyright © July, 15, 1992-3000 by ™Kenneth James Boone©.

Said common-law trade-name/trade-mark, ™KENNETH JAMES BOONE, may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgment of ™Kenneth James Boone© as signified by the red-ink signature of ™Kenneth James Boone©, hereinafter "Secured Party."

With the intent of being contractually bound, any juristic person, as well as the agent of said juristic person, consents and agrees by this Copyright Notice that neither said juristic person, nor the agent of said juristic person, shall display, nor otherwise use in any manner, the common-law trade-name/trade-mark ™KENNETH JAMES BOONE , nor the common-law copyright described herein, nor any derivative of, nor any variation in the spelling of, ™KENNETH JAMES BOONE without the prior, express, written consent and acknowledgment of Secured Party, as signified by Secured Party's signature in red ink.

Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of ™KENNETH JAMES BOONE, and all such unauthorized use is strictly prohibited.

Secured Party is not now, nor has ever been, an accommodation party, nor a surety, for the purported debtor, i.e. "™KENNETH JAMES BOONE," nor for any derivative of, nor for any variation in the spelling of, said name, nor for any other juristic person, and is so-indemnified and held harmless by Debtor, i.e. "™KENNETH JAMES BOONE," in Hold Harmless and Indemnity Agreement No. 0715197447372-HHIA-KJB dated the 13th Day of June in the Year of Our Lord Two Thousand and Fifteen, against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed upon, and incurred by Debtor for any and every reason, purpose and/or cause whatsoever.

Take note also that Common Law Copyright is claimed by Secured Party over, including, but not restricted or limited to, all means of personal identification of Debtor defined as; all fingerprints, footprints, palm prints, thumbprints, hand-prints, toe-prints, RNA materials, DNA materials, blood and blood fractions, biopsies, surgically removed tissue, body parts, organs, hair, teeth, nails, semen, urine, faeces, excrement, other body fluids and matter of any kind, and breath samples,

Copyright
Registered click  C
CopyrightDeposit
**Copyright Owner Number**
**0031923**

voice-print, retinal image, and the description thereof, and all other corporeal identification factors, and said factors physical counterparts, any and all body tissues of any kind, in any form, and all records and record numbers, including the results, recorded or otherwise, of all and any tests performed on any material relating to Debtor, and information pertaining thereto, and any visual image, photographic or electronic, notwithstanding any and all claims to the contrary.

In addition, Creditor retains absolute control and mastery over the property of his body, mind and mental faculties to the extent that no medications, foods or otherwise may be administered to him without his express consent in written form, using red ink, and freely given in full formal consent.

**Self-executing Contract/Security Agreement in Event of Unauthorized Use:** By this Copyright Notice, both the juristic person and the agent of said juristic person, hereinafter jointly and severally "User," consent and agree that any use of ™KENNETH JAMES BOONE other than Authorized use as set forth above constitutes unauthorized use, counterfeiting, of Secured Party's common-law copyrighted property, contractually binds User, and renders this Copyright Notice a Security Agreement wherein User is Debtor and ™Kenneth James Boone© is Secured Party, and signifies that User:

(1) grants Secured Party a security interest in all User's assets, land, and personal property, and all of User's interest in assets, land, and personal property, in the sum certain amount of $1,000,000,000.00 (one billion) dollars per each occurrence of use of the common-law-copyrighted trade-name/trade-mark ™KENNETH JAMES BOONE, as well as for each and every occurrence of use of any and all derivatives of, and variations in the spelling of, ™**KENNETH JAMES BOONE**, plus costs, plus triple damages;

(2) authenticates this Security Agreement wherein User is Debtor and ™Kenneth James Boone© is Secured Party, and wherein User pledges all of User's assets, land, consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents, and general intangibles and all User's interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing User's contractual obligation in favour of Secured Party for User's unauthorized use of Secured Party's common-law-copyrighted property;

(3) consents and agrees with Secured Party's filing of a UCC Financing Statement in the UCC filing office, as well as in any county recorder's office, wherein User is debtor and ™Kenneth James Boone© is Secured Party;

(4) consents and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property, pledged as collateral in this Security Agreement and described above in paragraph "(2)," until User's contractual obligation theretofore incurred has been fully satisfied

Copyright
Registered click C
CopyrightDeposit
Copyright Owner Number
0031923

(5) consents and agrees with Secured Party's filing of any UCC Financing Statement, as described above in paragraph's "(3)" and "(4)," as well as the filing of any Security Agreement, as described above in paragraph "(2)," in the UCC filing office, as well as in any county recorder's office;

(6) consents and agrees that any and all such filings described in paragraphs "(4)" and "(5)" above are not, and may not be considered, bogus, and that User will not claim that any such filing is bogus;

(7) waives all defences; and

(8) appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favour of Secured Party as set forth below under "Payment Terms" and "Default Terms," granting Secured Party full authorization and power for engaging in any and all actions on behalf of User including, but not limited by, authentication of a record on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest.

**User further consents and agrees with all of the following additional terms of Self-executing Contract/Security Agreement in Event of Unauthorized Use:**

**Payment Terms:** In accordance with fees for unauthorized use of ™KENNETH JAMES BOONE as set forth above, User hereby consents and agrees that User shall pay Secured Party all unauthorized-use fees in full within ten (10) days of date invoice is sent Secured Party's invoice, hereinafter "Invoice," itemizing said fees.

**Default Terms:** In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date Invoice is sent, User shall be deemed in default and: (a) all of User's property and property pledged as collateral by User, as set forth above in paragraph "(2)," immediately becomes, i.e. is, property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in "(8)"; and (c) User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all of User's property and interest, described above in paragraph "(2)," formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-executing Contract/Security Agreement in Event of Unauthorized Use," that Secured Party, again in Secured Party's sole discretion, deems appropriate.

**Terms for Curing Default:** Upon event of default, as set forth above under "Default Terms," irrespective of any and all of User's former property and interest in property, described above in paragraph "(2)," in the possession of, as well as disposed of by, Secured Party, as Authorized above under "Default Terms," User may cure User's default only re the remainder of User's said former property and interest property, formerly pledged as collateral that is neither in the

Copyright
Registered click ⓒ
CopyrightDeposit
Copyright Owner Number
0031923

possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User's default only by payment in full.

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized-use fees itemised in invoice within said twenty (20) day period for curing defaults as set forth under "Terms for Curing Default" authorises Secured Party's immediate non-judicial strict foreclosure on any and all remaining former property and interest in property, formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party, upon expiration of said twenty (20) day default-curing period.

Ownership subject to common-law copyright and UCC Financing Statement and Security Agreement filed with the UCC filing office. Record owner: ™Kenneth James Boone©, Autograph Common Law Copyright© July 15, 1992-3000.

Unauthorized use of "™Kenneth James Boone©" incurs same unauthorized-use fees as those associated with ™**KENNETH JAMES BOONE**, as set forth above in paragraph "(1)" under "Self-executing Contract/Security Agreement in Event of Unauthorized Use."

This Copyright Notice includes the following business, and also known as names associated with or owned by ™ **KENNETH JAMES BOONE** © to include but not limited to the following: KENNETH JAMES BOONE; KENNETH JAMES; KENNETH J. BOONE: K.J. BOONE; K. BOONE; BOONE, KENNETH BOONE; BOONE, KENNETH J.; BOONE, K. J.; BOONE, K.; Kenneth James BOONE; Kenneth J. BOONE; etc.

By:

_____ , ™Kenneth James Boone©
(Secured Party Signature)
**Authorized Representative** / HL 1386

**Signed in the presence of:**

Notary Name ___Timothy  N. Hall___

Dated: 3rd Day of ___July___ 2015

Signed Signature _____

Seal:

TIMOTHY N. HALL
Notary Public - State of New York
Reg. No. 01HA6271139
Qualified in Erie County
Commission Expires Oct. 29, 2016

**425634**  2016 Jul 05 PM05:06

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)
Kenneth James Boone

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

KENNETH JAMES BOONE
C/O 1440 JEFFERSON AVE
BUFFALO, NY 14208, USA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #  201506138238348 Filedate: 13-JUN-15

1b. This FINANCING STATEMENT AMENDMENT is
☐ to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☒ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☒ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7e (if applicable).

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME KENNETH JAMES BOONE

OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME

OR | 7b. INDIVIDUAL'S LAST NAME Boone | FIRST NAME Kenneth | MIDDLE NAME James | SUFFIX

7c. MAILING ADDRESS c/o 1748 Eggert Road | CITY Amherst | STATE ny | POSTAL CODE [14226] | COUNTRY USA

7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any NONE ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

OR | 9b. INDIVIDUAL'S LAST NAME BOONE *Boone* | FIRST NAME KENNETH *Kenneth* | MIDDLE NAME JAMES *James* | SUFFIX

10. OPTIONAL FILER REFERENCE DATA KENNETH JAMES BOONE IS DEBTOR AND KENNETH JAMES BOONE IS SECURED PARTY CREDITOR
*KENNETH JAMES BOONE*     *Kenneth James Boone*

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

## Filing Number-201607058268724

# ATTACHMENT "A" – PROPERTY LIST

**All of the property listed in this Property List is protected by all terms, conditions, and agreements contained in all the documents recorded herein.**

1.  All proceeds from Secured Party's labor from every source; from products, accounts, fixtures, crops, mine heads, wellheads, and transmitting utilities, etc.;
2.  All rents, wages, earnings, remuneration, and income from every source;
3.  All land in which DEBTOR has an interest, including the soil itself; all minerals atop or beneath the soil surface; all air rights; all waters on or in the soil or land surface such as a lake or pond, within the land boundaries;
4.  All real property and all documents involving all real property in which DEBTOR has an interest, including all buildings, structures, fixtures, and appurtenances situated on or affixed thereto, as noted in #3 above;
5.  All cottages, cabins, houses, mansions, timeshare, and buildings of whatever type and wherever located;
6.  All bank accounts foreign and domestic, bank "safety" deposit boxes and the contents therein; personal security codes, passwords, and the like associated therewith; credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts;
7.  All inventory from any source;
8.  All machinery, either farm or industrial; all mechanical tools, construction tools, tools of trade;
9.  All boats, yachts, and watercraft; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;
10. All aircraft, gliders, balloons, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;
11. All motor homes, trailers, mobile homes, recreational vehicles, houses, cargo, and travel trailers; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all ancillary equipment, accessories, parts, service equipment, lubricants, fuels, and fuel additives;
12. All animals and all farm livestock; and all things required for the care, feeding, use, transportation, and husbandry thereof;
13. All pets, including cats, dogs, birds, fish, or whatever other of the animal kingdom has been gifted or otherwise acquired: whether kept indoors or outdoors; with all fixtures, vehicles, and housings required for their protection, feeding, care, transportation, shelter, and whatever other needs may arise;
14. All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances of any kind, motorized or otherwise, in which DEBTOR has an interest;
15. All computers, computer-related equipment and accessories, flash drives, electronically stored files or data, telephones, electronic equipment, office equipment and machines;
16. All visual reproduction systems, aural reproduction systems, motion pictures, films, video tapes, audio tapes, sound tracks, compact discs, DVDs, ipods, digital audio/video players, phonograph records and players, film, slides and projectors, photography and video and aural production equipment, cameras, projectors, tape recorders, cassette players, etc.;
17. All manuscripts, books, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;
18. All books and financial records of DEBTOR;
19. All trademarks, registered marks, copyrights, patents, proprietary data and technology, inventions, intellectual property, royalties, good will;
20. All public or private scholastic degrees, titles, credentials, medals, trophies, honors, awards, recognitions, meritorious citations, certificates from apprenticeship training and/or continuing education programs, etc., from whatever source, for whatever trade, occupation, work, or endeavor;
21. All military (Army, Navy, Air Force, Marine, National Guard, etc.) discharge papers, and the like;
22. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever;
23. All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, genes, blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal images, and the descriptions thereof; and all other corporal identification factors, and said factors' physical counterparts in any form; and all records, record numbers, and information pertaining thereto;
24. All biometric data, records, information, and processes not elsewhere described; the use thereof and the use of the information contained therein or pertaining thereto;

25. All rights to obtain, use, request, refuse, or authorize the administration of any food, beverage, nourishment, or water, or any substance to be infused or injected into or affecting the body by any means whatsoever;

26. All rights to obtain, use, request, refuse, or authorize the administration of any drug, manipulation, material, process, procedure, ray, or wave which alters or might alter the present or future state of the body, mind, spirit, free will, faculties, and self by any means, method, or process whatsoever;

27. All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, software, user names, passwords, machinery, or devices related thereto;

28. All rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, inter alia: cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, and all other methods of communication, energy transmission, and food or water distribution;

29. All rights to barter, buy, contract, sell, or trade ideas, products, services, or work;

30. All rights to barter, buy, contract, sell, or trade any kind of asset, tool, item of value, time, property whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

31. All rights to create, invent, adopt, utilize, or promulgate any system or means of currency, private money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;

32. All rights to use any free, rented, leased, fixed, or mobile domicile, as though same were a permanent domicile; and to be free from requirement to apply for or obtain any government license or permission, permit and otherwise; and to be free from entry, intrusion, or surveillance, by any means, regardless of duration of lease period;

33. All rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, registration, or permission of any kind whatsoever;

34. All rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate, any vaccinations, or permission of any kind whatsoever;

35. All rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, and survival;

36. All rights to protect myself and my family from any animals that threaten my/our safety or well-being, or that cause a nuisance to me/us, by using deadly force against any such animals;

37. All rights to exercise dominion over the earth and the resources of the earth including, but not limited to, using mineral and natural resources, timber, water, and harvesting animals for food;

38. All rights, interest, and exclusive title in CERTIFICATE OF BIRTH #15034962-1, July 15, 1974, and/or (RECORDED DISTRICT 1401 – REGISTER NUMBER 6308)issued by STATE OF NEW YORK COUNTY OF ERIE REGISTRAR OF/AND/OR VITAL RECORDS SECTION AND/OR NEW YORK STATE DEPARTMENT OF HEALTH BUREAU OF VITAL RECORDS, instilling the pledge represented by the same pignus, hypotheca, hereditaments, res, the energy and all products derived therefrom including, but not limited to all caps name KENNETH JAMES BOONE, KENNETH BOONE, KENNETH J BOONE, J. BOONE, or K. J. BOONE, or any other derivative thereof;

39. All rights as outlined in the "Constitution for the united States of America" and the Honorable "Bill of Rights";

40. All rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgement of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition government for redress of grievances, or the right to petition any military force of the United States for physical protection from threats to the safety and integrity of person or property by either "public" or "private" sources;

41. All rights to purchase arms and ammunition, keep and bear arms for defense of self, family, and parties entreating physical protection of person or property;

42. All rights to keep and bear arms for hunting, self-protection, protection of family, friends, and property, and target shooting of any kind;

43. All rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

44. All rights to create, carry, and use private documents of travel of any kind whatsoever, inter alia: those signifying diplomatic status and immunity as a free, independent Sovereign;

45. All rights to make video and/or audio recordings, reports and documents of all interactions between me or mine, and any government or quasi-government officials of any kind whatsoever including the right to bring all necessary video/audio recording equipment and necessary assistants and witnesses into government buildings as necessary;

46. All rights to obtain or be presented with a certified copy of the Oath of Office, bond number, and bonding company's name, address, and contact information of/for any government official with whom I interact;

47. All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e., body, mind, spirit, free will, faculties, and self;

48. All rights to privacy and security in person and property, inter alia: all rights to safety and security of all

household or sanctuary dwellers or guests, and all papers and effects belonging to DEBTOR or any household or sanctuary dwellers or guests, from governmental, quasi-governmental, de facto governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may be promulgated as the authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

49. All names used and all Corporations Sole executed and filed, or to be executed and filed, under said names;
50. All intellectual property, inter alia: all speaking and writing; All thoughts, beliefs, world views, emotions, psychology, etc.;
51. All signatures and seals;
52. All signatures on all applications for and all value associated with all licenses foreign and domestic;
53. All present and future retirement incomes and rights to such incomes issuing from all accounts and trusts;
54. All present and future medical and healthcare rights; and rights owned through survivorship, from all accounts;
55. All applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materials, permits, registrations, and records and records numbers held by any entity, for any purpose, however acquired, as well as the analyses and uses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, inter alia: all processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materials, permits, registrations, records and records numbers, and the like;
56. All signatures on all applications for and all value associated with all library cards;
57. All credit, charge, and debit cards, mortgages, notes, applications, card numbers, and associated records and information;
58. All credit of DEBTOR;
59. All signatures on and all value associated with all traffic citations/tickets;
60. All signatures on and all value associated with all parking citations/tickets;
61. All value from all court cases and all judgments, past, present, and future, in any court whatsoever; and all bonds, orders, warrants, and other matters attached thereto or derived therefrom;
62. All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts; and any storage boxes, receptacles, and depositories within which said items are stored;
63. All tax correspondence, filings, notices, coding, record numbers, all benefit from social security account # 127-56-XXXX; and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;
64. All bank accounts foreign and domestic, all brokerage accounts, stocks, bonds, certificates of deposit, drafts, futures, insurance policies, investment, securities, all retirement plan accounts, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, securities, benefits from trusts, 401Ks, and the like;
65. All accounts, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds; and all records and records numbers, correspondence, and information pertaining thereto or derived therefrom;
66. All stockpiles, collections, buildups, amassment, and accumulations, however small, of Federal Reserve Notes (FRNs), gold certificates, silver certificates; and all other types and kinds of cash, coins, currency, and money delivered into possession of Secured Party;
67. All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds; and all related storage facilities and supplies;
68. All fitness and/or sports equipment intended to increase vitality, fitness, and health; and whole food complexes, vitamin, mineral, and other supplements to the diet for the same health and fitness purposes; and all juicers, grinders, dehydrators, and storage and delivery devices or equipment;
69. All products of and for agriculture; and all equipment, inventories, supplies, contracts, and accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;
70. All plants and shrubs, trees, fruits, vegetables, farm and garden produce, indoors and out, watering devices, fertilizers and fertilizing equipment, pots, collections of plants, e.g., bonsai, dry or live assortments of flowers and plants, or anything botanical;
71. All farm, lawn, and irrigation equipment, accessories, attachments, hand tools, implements, service equipment, parts, supplies, and storage sheds and contents;
72. All fuel, fuel tanks, containers, and involved or related delivery systems;
73. All metal-working, woodworking, and other such machinery; and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, tool boxes, work benches, shops, and facilities;
74. All camping, fishing, hunting, and sporting equipment; and all special clothing, materials, supplies, and

75. All rifles, guns, bows, crossbows, other weapons, and related accessories; and the ammunition, reloading equipment and supplies, projectiles, and integral components thereof;

76. All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas, towers, etc.; and all ancillary equipment, supplies, computers, software programs, wiring, and related accoutrements and devices;

77. All power-generating machines or devices; and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining to or attached thereto;

78. All devices, engines, fixtures, fans, plans needed for the production or storage of electrical energy;

79. All computers and computer systems and the information contained therein; as well as all ancillary equipment, printers, and data compression or encryption devices, processes, and processors;

80. All office and engineering equipment, furniture, ancillary equipment, drawings tools, electronic and paper files, and items related thereto;

81. All water wells and well-drilling equipment; and all ancillary equipment, chemicals, tools, and supplies;

82. All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents thereof; whether on-site, in transit, or in storage anywhere;

83. All building materials and prefabricated buildings; and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupancy thereof;

84. All communications and data; and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information;

85. All artwork and supplies, paintings, etchings, photographic art, lithographs, and serigraphs, etc.; and all frames and mounts pertaining to or affixed thereto;

86. All food; and all devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation, growth, transport, and storage;

87. All construction machinery; and all ancillary equipment, fuels, fuel additives, supplies, materials, and service equipment pertaining thereto;

88. All medical, dental, optical, prescription, and insurance records, records numbers, and information contained in any such records or pertaining thereto;

89. The Last Will and Testament from any source;

90. All inheritances gotten or to be gotten;

91. All wedding bands and rings, watches, and jewelry;

92. All household goods and appliances, linen, wardrobe, toiletries, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, antiques, etc.;

93. All musical instruments, whether new or old, including brass, woodwinds, percussion, strings, etc.;

94. All children's toys, books, clothing, playthings, and possessions of any type or amount;

95. All businesses, corporations, companies, trusts, partnerships, limited partnerships, organizations, proprietorships, and the like, now owned or hereafter acquired; and all books and records thereof and therefrom; all income therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

96. All ownership, equity, property, and rights to property now owned or held or hereafter acquired in all businesses, corporations, companies, partnerships, limited partnerships, organizations, proprietorships, and the like; and all books and records pertaining thereto; all income therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

97. All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, DEBTOR or natural man – Kenneth James Boone herein known as Secured Party, whether received or not received;

98. All telephone numbers; 716308■■■, 716939■■■, 716367■■■; 716510■■■; 716844■■■; 716367■■■ 716430■■■

99. All signatures on all applications for and all value associated with all certificates of birth documents of the natural man – Kenneth James Boone herein as Secured Party, and all said documents themselves;

100. All signatures on all applications for and all value associated with all certificates of birth documents of all children and grandchildren of the natural man – Kenneth James Boone herein known as Secured Party, and all said documents themselves;

101. All signatures on all applications for social security numbers, and all value associated with all accounts; 127-56-XXXX

102. All signatures on all applications for social security numbers for all children and grandchildren of the natural man – Kenneth James Boone herein known as Secured Party, and all value associated with all the accounts of those children/grandchildren; CHANEL LANAISHA BOONE "SOCIAL-SECURITY-NUMBER," "BIRTH CERTIFICATE" NY, 0X-2X-19XX; KIYONA DELORIS BOONE "SOCIAL-SECURITY-NUMBER," "BIRTH CERTIFICATE" NY, 0X-1X-19XX; MICIAIH ELIZABETH BOONE AND MIRIAIH ELIZABETH BOONE, "SOCIAL-SECURITY-NUMBER," "BIRTH CERTIFICATE" NY, 0X-2X-19XX; KENNETH JAMES BOONE "SOCIAL-SECURITY-NUMBER," "BIRTH CERTIFICATE" NY, 0X-0X-20XX;

103. All value associated with the private contract trust account number of the natural man – Kenneth James Boone

Secured Party: 12756XXXX

104. All value associated with the private contract trust account numbers of all children and grandchildren of the natural man – Kenneth James Boone known as Secured Party listed above in "102."

105. All signatures on all applications for and all value associated with Driver License # 24749XXXX - NY

106. All signatures on all applications for and all value associated with Erie County Sheriff's Office Concealed Weapon Permit #: C644XXX

107. All signatures on all applications for and all value associated with all passports for the natural man – Kenneth James Boone known as Secured Party and his children and grandchildren;

108. All documents as recorded in the public record by and for the natural man – Kenneth James Boone herein known as Secured Party as indicated            herein;

109. All signatures on all applications for and all value associated with all marriage licenses; and All private marriage contracts;

110. All signatures on all applications for and all value associated with all professional licenses;

111. All private addresses of the natural man – Kenneth James Boone known as Secured Party as indicated herein;

112. All signatures on all applications for and all value associated with all public addresses;

113. All private, registered, bond/account numbers; and all bonds and notes tendered to any and all entities, including the Department of the Treasury, banks, creditors, corporations, etc;

114. The following United States Postal Service Registered Mail Numbers: 941791020079362XXXXXXX

115. The following Bond/Account number series: KJB 941791020079362XXXXXXX inclusive;

116. Any and all property not specifically listed, named, or specified by make, model, serial number, etc., is expressly herewith included as collateral of the natural man – Kenneth James Boone herein known as Secured Party.

117. 2008 BMW X5 (Silver) ; 2011 Audi A4 (Black)

End of Attachment "A" – Property List

LS: _____  nc 130r   6/5/15
Kenneth James Boone, Secured Party Creditor        Date

STATE OF NEW YORK, COUNTY OF ERIE  SS.



STATE OF NEW YORK, COUNTY OF ERIE, SS.
I, Michael P. Kearns, Clerk of said County, and also Clerk
of Supreme and County Courts of said County, do hereby
Certify that I have compared the annexed copy with the original

Misc – File

Filed in my office and that the same is a correct transcript there
from and of the whole of said original.
WITNESS my hand and seal of said County and Courts on

_____ day of FEB 0 5 2021 20___

Michael P. Kearns
County Clerk





UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

320

P S 1 0 0 0 1 0 0 0 0 0 6

USPS.COM/PICKUP

To schedule free Package Pickup, scan the QR code.

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

PRESS FIRMLY TO SEAL

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

FROM: (PLEASE PRINT)   PHONE ( 531 ) 555-1662
KENNETH J BOONE
BOONE & ASSOCIATES GROUP LLC
3425 HARLEM RD, STE.9
CHEEKTOWAGA, NY 14225

PAYMENT BY ACCOUNT (if applicable)

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )
US DISTRICT COURT
WESTERN DISTRICT
110 MICHIGAN ST NW
GRAND RAPIDS, MI

ZIP + 4® (U.S. ADDRESSES ONLY)
4 9 5 0 3 - 2 3 6 3

LABEL 11-B, JANUARY 2014

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code: 14226
Day: ☒ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

Date Accepted (MM/DD/YY): 3/18/21
Scheduled Delivery Date (MM/DD/YY): 3/19/21

Time Accepted: 4:20 ☐ AM ☒ PM

Postage: $ 26.35

Weight: 4 lbs ___ ozs

Insurance Fee: $ —

10:30 AM Delivery Fee: $ —

Return Receipt Fee: $ —

Sunday/Holiday Premium Fee: $ —

Total Postage & Fees: $ 26.35

Acceptance Employee Initials

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM

Employee Signature

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PSN 7690-02-000-9996

3-ADDRESSEE COPY

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS™

EK 700698303US

SNYDER SQUARE CPU
AMHERST NY 14226
MAR 18 2021

GRAND ISLAND ICE CAVES


