UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN MEADE,

        Plaintiff,                      Hon. Paul L. Maloney

v.                                            Case No. 1:21-cv-006

KENNETH J. BOONE, et al.,

        Defendants.
_____/

**REPORT AND RECOMMENDATION**

This matter is before the Court on Plaintiff's Motion for Attorney's Fees and Costs. (ECF No. 68). Pursuant to 28 U.S.C. § 636(b)(1)(B), the undersigned recommends that Plaintiff's motion be granted.

**BACKGROUND**

Plaintiff initiated this action on January 5, 2021, against: (1) Boone & Associates Group LLC; (2) Boone Inner-Prizes Inc.; (3) KJB II Enterprises LLC; (4) Gud Tymes, LLC; and (5) Kenneth J. Boone. (ECF No. 1). On February 2, 2021, Plaintiff amended his complaint adding claims against: (1) Tyshawn Mims; (2) Diversified Debt Recovery LLC; (3) National Debt Assistance, Inc.; (4) Brandon Charles Carr; (5) Allied Debt Recovery LLC; and (6) Sean P. Gerasimowicz. (ECF No. 6). Plaintiff alleged that Defendants violated the Fair Debt Collection Practices Act, the Drivers Privacy Protection Act, the Michigan Regulation of Collection Practices Act, and the Michigan Occupational Code. (*Id.*).

Plaintiff ultimately dismissed without prejudice his claims against Defendants (1) Boone Inner-Prizes Inc.; (2) KJB II Enterprises LLC; (3) Gud Tymes, LLC; (4) Allied Debt Recovery LLC; and (5) Sean P. Gerasimowicz. (ECF No. 25-26). The Court entered default against Defendants: (1) Boone & Associates Group LLC; (2) Diversified Debt Recovery LLC; (3) National Debt Assistance, Inc.; (4) Kenneth J. Boone; (5) Brandon Charles Carr; and (6) Tyshawn Mims. (ECF No. 18, 30, 58-61).

On March 4, 2022, the Court entered default judgment, in the amount of $3,500.00, against these six defaulted Defendants. (ECF No. 67). Plaintiff now moves for an award of attorney's fees and costs against these Defendants. Plaintiff further moves the Court to include in its judgment the $3,500 in statutory damages previously awarded. Defendants have failed to respond to the present motion. The Court finds that oral argument is unnecessary. *See* W.D. Mich. LCivR 7.2(d).

## ANALYSIS

The Fair Debt Collection Practices Act and the Drivers Privacy Protection Act both provide that a prevailing plaintiff can recover costs and reasonable attorney's fees. *See* 15 U.S.C. § 1692k(a) and 18 U.S.C. § 2724. The starting point for calculating reasonable attorney's fees is "the number of hours reasonably expended on the litigation multiplied by a reasonable hourly rate." *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983).

Plaintiff's counsel asserts he expended 47.7 hours on this matter. Defendants have not opposed or objected to this calculation. The Court finds reasonable the number of hours claimed by counsel. Counsel seeks to be compensated at an hourly rate of $425. Plaintiffs have not opposed or objected to this requested rate. The Court finds

reasonable the hourly rate requested by counsel. Likewise, the Court finds that the $979.80 in costs requested by counsel are reasonable and compensable. Fed. R. Civ. P. 54; 28 U.S.C. § 1920.

Accordingly, the undersigned recommends that Plaintiff's motion be awarded and Defendants (1) Tyshawn Mims; (2) Boone & Associates Group LLC; (3) Diversified Debt Recovery LLC; (4) National Debt Assistance, Inc; (5) Kenneth J. Boone; and (6) Brandon Charles Carr be ordered, jointly and severally, to pay: (1) twenty thousand, two hundred seventy-two dollars and fifty cents ($20,272.50) in attorney's fees to Plaintiff's counsel; (2) nine hundred seventy nine dollars and eighty cents ($979.80) in costs to Plaintiff's counsel; and (3) three thousand five hundred dollars ($3,500.00) in damages to Plaintiff.

## **CONCLUSION**

For the reasons articulated herein, the undersigned recommends that Plaintiff's Motion for Attorney's Fees and Costs (ECF No. 68) be granted. Specifically, the undersigned recommends that Defendants (1) Tyshawn Mims; (2) Boone & Associates Group LLC; (3) Diversified Debt Recovery LLC; (4) National Debt Assistance, Inc; (5) Kenneth J. Boone; and (6) Brandon Charles Carr be ordered, jointly and severally, to pay: (1) three thousand five hundred dollars ($3,500.00) in damages to Plaintiff and (2) twenty-one thousand, two hundred fifty-two dollars and thirty cents ($21,252.30) in fees and costs to Plaintiff's counsel.

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir.1981).

                                                                          Respectfully submitted,

Date: August 19, 2022                              /s/ Phillip J. Green
                                                          PHILLIP J. GREEN
                                                          United States Magistrate Judge