UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN MEADE,
    Plaintiff,

v.                                        Case No. 1:21-cv-6

KENNETH J. BOONE, et al.,         HONORABLE PAUL L. MALONEY
    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court regarding Plaintiff's motion for attorney fees and costs (ECF No. 68). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 19, 2022, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 69) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Attorney fees and costs (ECF No. 68) is GRANTED. Specifically, Defendants (1) Tyshawn Mims; (2) Boone & Associates Group LLC; (3) Diversified Debt Recovery LLC; (4) National Debt Assistance, Inc; (5) Kenneth J. Boone; and (6) Brandon Charles Carr are ordered, jointly and severally, to pay: (1) three thousand five hundred dollars ($3,500.00) in damages to Plaintiff and (2) twenty-one thousand, two hundred fifty-two dollars and thirty cents ($21,252.30) in fees and costs to Plaintiff's counsel.

Dated:  October 17, 2022                              /s/  Paul L. Maloney
                                                                                  Paul L. Maloney
                                                                                  United States District Judge